IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of GEM FABRICATION, a division of ALLIED TUBE & CONDUIT CORPORATION, a Delaware corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. |
| PYRO-TECH, L.L.C., a foreign limited liability company t/a PYRO-TECH FIRE PROTECTION, THE WALSH GROUP LTD, a foreign corporation d/b/a WALSH CONSTRUCTION COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

## COMPLAINT

The plaintiff, United States of America, for the use and benefit of Gem Fabrication, a division of Allied Tube & Conduit Corporation, by and through its undersigned counsel, and by way of Complaint against Defendants, states as follows:

### JURISDICTION AND VENUE

1.     This Court has jurisdiction over this matter pursuant to 40 U.S.C §§ 3131, 3133, *et. seq.,* known as the Miller Act (hereinafter, "Miller Act").

2.     This Court has jurisdiction over the remaining claim contained herein pursuant to 28 U.S.C. §1367 (a).

3.    Venue is appropriate in this District, because the construction contract, which the Miller Act bond secured, was performed at the Dover Air Force Base located in Dover, Delaware, which is located in the District of Delaware.

## PARTIES

4.    Plaintiff is the United States of America, for the use and benefit of Gem Fabrication, a division of Allied Tube & Conduit Corporation, a Delaware corporation with its principal place of business located at 16100 South Lathrop Avenue, Harvey, Illinois 60426.

5.    Upon information and belief, Defendant Pyro-Tech, L.L.C. d/b/a Pyro-Tech Fire Protection ("Pyro-Tech") is a foreign limited liability company with a place of business located at 80H Technology Drive, Elkton, Maryland 21921.

6.    Upon information and belief, Defendant The Walsh Group Ltd, d/b/a Walsh Construction Company ("Walsh"), is a foreign corporation with a place of business located at 929 West Adams Street, Chicago, Illinois 60607.

7.    Upon information and belief, Defendant Travelers Casualty and Surety Company of America ("Travelers"), is a Connecticut corporation and is authorized to transact insurance business in the State of Delaware.

## FACTS

8.    On or about April 27, 2004, Defendant Walsh was awarded Contract number W912BU-04-0014 (the "Contract"), from the United States of America for the Freight Terminal project located at the Dover Air Force Base, Dover, DE ("Project").

9.    On or about April 29, 2004, pursuant to the terms of the Contract, Walsh as

2

principal, and Travelers, as surety, executed and delivered to the United States of America their payment bond as required by the Miller Act, for the purpose of ensuring payment to all persons supplying labor or materials or both for the Project ("Payment Bond"). A copy of the Payment Bond is attached hereto as Exhibit "A").

10.     Upon information and belief, Defendant Walsh, in the performance of the Contract entered into a contract with Defendant Pyro-Tech for the installation of a fire protection system for the Project ("Subcontract").

11.     On or about May 26, 2006, Defendant Pyro-Tech and Plaintiff entered into a contact whereby Plaintiff was to provide Defendant Pyro-Tech with specifically fabricated materials consisting of a complete package, piping, sprinklers and accessories ("Materials") as required for the Subcontract and Contract for the Project ("Intermediate Subcontract").

12.     Plaintiff finished suppling the Materials to Defendant Pyro-Tech for the Project on May 17, 2007.

13.     Defendant Pyro-Tech breached the Intermediate Subcontract with Plaintiff by not paying the balance due on that agreement and, consequently, owes Plaintiff the sum of Fifty Thousand Ninety-Seven Dollars and Thirty One Cents ($50,097.31) plus interest. (Copies of Statements of Account and the supporting Invoices regarding the Materials are attached hereto as Exhibit "B").

14.     Thereafter, on August 10, 2007 and within ninety (90) days of the date of last furnishing the Materials for the Project, Plaintiff sent a notice of a claim under the Miller Act to Defendant Walsh ("Miller Act Notice"). (Copies of the Miller Act Notice and the Federal Express Shipping Label are attached hereto as Exhibit "C").

3

15. The Miller Act Notice was received by Defendant Walsh on August 13, 2007. (A copy of a Federal Express delivery receipt information form is attached hereto as Exhibit "D").

16. More than ninety (90) days has elapsed since May 17, 2007 or the day of last supply of the Materials to the Project by Plaintiff.

## COUNT I
## MILLER ACT CLAIM

17. Plaintiff incorporates and re-alleges the averments in paragraphs 1 through 16 as if more fully set forth herein.

18. As set forth herein, Plaintiff has completed all conditions under the Miller Act for the maintenance of an action under the Payment Bond for the unpaid balance of the Materials supplied by Plaintiff for the Project.

19. Consequently, Defendant Travelers, as the surety and Defendant Walsh as the Principal on the Payment Bond have the obligation and legal duty under the Payment Bond to pay Plaintiff for the unpaid balance owed to Plaintiff for the Materials supplied to Defendant Pyro-Tech for the Project.

20. Pursuant to the terms of the Payment Bond and the Miller Act, *et seq*., Defendants Travelers and Walsh are jointly and severally liable to Plaintiff in the amount of Fifty Thousand Ninety-Seven Dollars and Thirty One Cents ($50,097.31) plus interest and attorney's fees.

## COUNT II
## BREACH OF CONTRACT

21. Plaintiff incorporates and re-alleges the averments in paragraphs 1 through 20 as if more fully set forth herein.

22. Defendant Pyro-Tech has breached the Intermediate Subcontract agreement with

4

Plaintiff by not paying Plaintiff for the unpaid balance owed to Plaintiff for the Materials supplied to Defendant Pyro-Tech for the Project.

23.    Consequently, Defendant Pyro-Tech liable to Plaintiff in the amount of Fifty Thousand Ninety-Seven Dollars and Thirty One Cents ($50,097.31) plus interest and attorney's fees

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in the amount of Fifty Thousand Ninety-Seven Dollars and Thirty One Cents ($50,097.31) plus interest, attorney's fees, costs and such other and further relief as this Honorable Court deems just and appropriate.

FERRY, JOSEPH & PEARCE, P.A.

Theodore J. Tacconelli (No. 2678)
824 Market Street
Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Attorney for Plaintiff

Dated: January 24, 2008

# EXHIBIT "A"

| PAYMENT BOND (See Instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) **APRIL 29, 2004** | OMB NO. 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, DC 20405.

**BOND NO. 8 SB 104233002 BCM**

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION (X one) | |
|---|---|---|
| THE WALSH GROUP DBA WALSH CONSTRUCTION<br>929 West Adams Street<br>Chicago, Illinois 60607 | ☐ INDIVIDUAL | ☐ PARTNERSHIP |
| | ☒ JOINT VENTURE | X ☐ CORPORATION |
| | STATE OF INCORPORATION<br>**ILLINOIS** | |

| SURETY(IES) (Name(s) and business address(es)) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br>One Tower Square, Hartford, Connecticut 06183 | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | **66** | **373** | **000** | **00** |
| | CONTRACT DATE<br>**27 APRIL 2004** | CONTRACT NO.<br>**W912BU-04-C-0014** | | |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | | PRINCIPAL | | | |
|---|---|---|---|---|---|
| SIGNATURE(S) | 1. *[signature]* | 2. | (Seal) | 3. | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | Daniel J. Walsh President | 2. | | 3. | | |

| | | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. | (Seal) | 2. | (Seal) |
| NAME(S) (Typed) | 1. | | 2. | |

| | | CORPORATE SURETY(IES) | | |
|---|---|---|---|---|
| NAME & ADDRESS | Travelers Casualty and Surety Company of America<br>235 Shuman Blvd., Naperville, Il 60563-8458 | STATE OF INC.<br>CT | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. *[signature]* | 2. | | |
| NAME(S) & TITLE(S) (Typed) | *[name]* Attorney-In-Fact<br>5610 W. 135th Place, Crestwood,IL 60445 | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 25-A (REV. 10-99)
Prescribed by GSA-FAR (48 CFR) 53.228(c)

215 656 6715    P.02    CENAP-RM    14:21    SEP-18-2007

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
TRAVELERS CASUALTY AND SURETY COMPANY
FARMINGTON CASUALTY COMPANY
Hartford, Connecticut 06183-9062

POWER OF ATTORNEY AND CERTIFICATE OF AUTHORITY OF ATTORNEY(S)-IN-FACT

KNOW ALL PERSONS BY THESE PRESENTS, THAT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, corporations duly organized under the laws of the State of Connecticut, and having their principal offices in the City of Hartford, County of Hartford, State of Connecticut, (hereinafter the "Companies") hath made, constituted and appointed, and do by these presents make, constitute and appoint: *Kevin P. Nagel, Eileen Lucitt*, of *Park Ridge / Crestwood, Illinois*, their true and lawful Attorney(s)-in-Fact, with full power and authority hereby conferred to sign, execute and acknowledge, at any place within the United States, the following instrument(s): by his/her sole signature and act, any and all bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking and any and all consents incident thereto, not limited to a specific amount, and to bind the Companies, thereby as fully and to the same extent as if the same were signed by the duly authorized officers of the Companies, and all the acts of said Attorney(s)-in-Fact, pursuant to the authority herein given, are hereby ratified and confirmed.

*** under seal by authority of the following Standing Resolutions of said Companies, which Resolutions are ***

State of    ILLINOIS
County of    KENDALL

On this    29th    day of    APRIL    2004, before me personally appeared EILEEN LUCITT, known to me to be the Attorney-in-Fact of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, the corporation that executed the within instrument and acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first written above.

OFFICIAL SEAL
GINA R. BARBATO
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 09/05/08

_____
(Notary Public)

*** ***ity of the following Standing Resolution voted by the Boards of Directors of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, which Resolution is now in full force and effect:

VOTED: That the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached.

TOTAL P.04

IN WITNESS WHEREOF, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY have caused this instrument to be signed by their Senior Vice President, and their corporate seals to be hereto affixed this 17th day of February 2003.

STATE OF CONNECTICUT

}SS. Hartford

COUNTY OF HARTFORD

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
TRAVELERS CASUALTY AND SURETY COMPANY
FARMINGTON CASUALTY COMPANY



By _____

George W. Thompson
Senior Vice President

On this 17th day of February, 2003 before me personally came GEORGE W. THOMPSON to me known, who, being by me duly sworn, did depose and say that he/she is Senior Vice President of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, the corporations described in and which executed the above instrument; that he/she knows the seals of said corporations; that the seals affixed to the said instrument are such corporate seals; and that he/she executed the said instrument on behalf of the corporations by authority of his/her office under the Standing Resolutions thereof.



*Marie C. Tetreault*

My commission expires June 30, 2006  Notary Public
Marie C. Tetreault

CERTIFICATE

I, the undersigned, Vice President of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, stock corporations of the State of Connecticut, DO HEREBY CERTIFY that the foregoing and attached Power of Attorney and Certificate of Authority remains in full force and has not been revoked, and furthermore, that the Standing Resolutions of the Boards of Directors, as set forth in the Certificate of Authority, are now in force.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this _29_th_ day of _April_, 2004.



By _____

Dwight E. Miller
Vice President, Bond

# EXHIBIT "B"

**tyco** / Electrical & Metal Products

# GEM
## Fabrication
/
ALLIED TUBE &
CONDUIT
Harvey, IL 60426

PYRO-TECH FIRE PROTECTION
STATEMENT OF ACCOUNT
8-Aug-07

| DAYS | PO | Invoice | Due Date | Original Amount | Open Amount | Invoice |
|------|-----|---------|----------|-----------------|-------------|---------|
| 143 | DOVER AIR FREIGHT | 41220 | 3/18/07 | 7270 | 7270 | 2/16/07 |
| 140 | DOVER AIR FREIGHT | 41221 | 3/21/07 | 196 | 196 | 2/19/07 |
| 139 | DOVER AIR FREIGHT | 41180 | 3/22/07 | 417.6 | 417.6 | 2/20/07 |
| 136 | DOVER AIR FREIGHT | 41571 | 3/25/07 | 923 | 923 | 2/23/07 |
| 131 | DOVER AIR FREIGHT | 41930 | 3/30/07 | 107 | 107 | 2/28/07 |
| 130 | DOVER AIR FREIGHT | 41987 | 3/31/07 | 1680 | 1680 | 3/01/07 |
| 125 | DOVER AIR FREIGHT | 42135 | 4/05/07 | 367.5 | 367.5 | 3/06/07 |
| 119 | DOVER AIR FREIGHT | 42389 | 4/11/07 | 17 | 17 | 3/12/07 |
| 117 | DOVER AIR FREIGHT | 42611 | 4/13/07 | 3962 | 3962 | 3/14/07 |
| 117 | DOVER AIR FREIGHT | 42620 | 4/13/07 | 456 | 456 | 3/14/07 |
| 115 | DOVER AIR FREIGHT | 42767 | 4/15/07 | 347 | 347 | 3/16/07 |
| 112 | DOVER AIR FREIGHT | 42818 | 4/18/07 | 576 | 576 | 3/19/07 |
| 98 | DOVER AIR FREIGHT | 43732 | 5/02/07 | 4409 | 4409 | 4/02/07 |
| 96 | DOVER AIR FREIGHT | 43801 | 5/04/07 | 820 | 820 | 4/04/07 |
| 91 | DOVER AIR FREIGHT | 43936 | 5/09/07 | 468 | 468 | 4/09/07 |
| 89 | DOVER AIR FREIGHT | 44084 | 5/11/07 | 245 | 245 | 4/11/07 |
| 83 | DOVER AIR FREIGHT | 44299 | 5/17/07 | 10611 | 10611 | 4/17/07 |
| 81 | DOVER AIR FREIGHT | 44469 | 5/19/07 | 3288 | 3288 | 4/19/07 |
| 76 | DOVER AIR FREIGHT | 44734 | 5/24/07 | 902 | 902 | 4/24/07 |
| 76 | DOVER AIR FREIGHT | 46102 | 6/16/07 | 13016 | 13016 | 5/17/07 |
| 53 | DOVER AIR FREIGHT | 49230 | 8/10/07 | 19.21 | 19.21 | 7/11/07 |

from: ALLIED TUBE & CONDUI      To: 7065588718 um   magn01040.0.1

PAGE  1          REMIT TO:                              **GEM FABRICATION**

**tyco** / Electrical &    / GEM FABRICATION    424 S. VAN BUREN ST
         Metal Products / Fabrication AT 40068    MONROE IN 46772
                          ATLANTA GA 31192

TERMS: 2% 20/N30   INVOICE DATE  2/21/07    INVOICE#   41220

SHIP TO: DOVER AIR FREIGHT TERMINAL       PO# FP-2
         C/O PYRO-TECH FIRE PROTECTIO     QUOTE# 0080672
         DOVER AIR FORCE BASE             SHIP DATE  2/16/07
         DOVER, DE                        FOB SHIP POINT
                                          SALESMAN 18   01
SOLD TO: PYRO-TECH FIRE PROTECTION        CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE            SO# 003514N
                                          SHIP VIA:
         ELKTON            ND
                           219314809

TAX LOC DOVER          DE    JOB DOVER AIR FREIGHT TERMIN

************************************************************************



|                                          | QTY  | CUST  | EXT  | G R | PLANT  |
|                                          | SHIP | PRICE | COST | P   | PLANT  |
| DESCRIPTION                              |      |       |      |     |        |
|------------------------------------------|------|-------|------|-----|--------|
| WELDING FABRICATION-PIPOLET-BK           | 14.0 |       |      | 01  | 14.635 |
|   1.5 X 1.5                              |      |       |      |     |        |
| WELDING FABRICATION-PIPOLET-BK           | 5.0  |       |      | 01  | 6.687  |
|   1 X 8                                  |      |       |      |     |        |
| CUT FABRICATION-BK 6                     | 2.0  |       |      | 02  | 8.378  |
| CUT FABRICATION-BK 8                     | 9.0  |       |      | 02  | 9.233  |
| CUT FABRICATION-BK 10                    | 3.0  |       |      | 02  | 19.695 |
| CUT FABRICATION-GLV 4                    | 1.0  |       |      | 02  | 2.988  |
| CUT FABRICATION-GLV 8                    | 2.0  |       |      | 02  | 10.617 |
| THREAD-TOE-FABRICATION-BK 2              | 7.0  |       |      | 03  | .843   |
| THREAD-TOE-FABRICATION-BK 6              | 1.0  |       |      | 03  | 8.490  |
| THREAD-TOE-FABRICATION-GLV 4             | 1.0  |       |      | 03  | 3.445  |
| MAKE ON FABRICATION-BK 6                 | 1.0  |       |      | 04  | 41.707 |
| MAKE ON FABRICATION-BK 8                 | 1.0  |       |      | 04  | 52.325 |
| MAKE ON FABRICATION-GLV 8                | 1.0  |       |      | 04  | 57.558 |
| ROLL GROOVE-GBE-FABRICATION 6            | 1.0  |       |      | 05  | 5.183  |
| ROLL GROOVE-GBE-FABRICATION 8            | 9.0  |       |      | 05  | 5.256  |

**GEM FABRICATION**



tyco | Electrical & | Gem
       Metal Products | Fabrication

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | GRP | PLANT PLANT |
|---|---|---|---|---|---|
| ROLL GROOVE-GBE-FABRICATION 10 | 3.0 | | | 05 | 8.458 |
| ROLL-GRVD+THD GOE/TOE FABRICAT 8 | 2.0 | | | 10 | 23.892 |
| CUT FABRICATION-BK 2 | 7.0 | | | 12 | .826 |
| MAKE ON FABRICATION-BK 2 | 7.0 | | | 24 | .862 |
| FLANGE-GROOVED-BK-DOM-FP 6 | 4.0 | 49.513 | 198.05 | 05 | 23.300 |
| TEE-GRVD-STR-BK-DOM-FP 6 | 1.0 | 64.324 | 64.32 | 05 | 30.270 |
| TEE-GRVD-STR-BK-DOM-FP 8 | 4.0 | 137.169 | 548.68 | 05 | 64.550 |
| ELBOW-GRVD-90DEG-BK-DOM-FP 6 | 1.0 | 37.889 | 37.89 | 05 | 17.830 |
| ELBOW-GRVD-90DEG-BK-DOM-FP 8 | 12.0 | 76.011 | 912.14 | 05 | 35.770 |
| CPLG-GRVD-FLEX-"A"GASKET-BK- 6 PRE-LUBED | 3.0 | 17.213 | 51.64 | 05 | 8.100 |
| CPLG-GRVD-FLEX-"A"GASKET-BK- 8 PRE-LUBED | 40.0 | 28.433 | 1137.30 | 05 | 13.380 |
| REDUCER-GRVD-CONC-BK-DOM-MECH 8 X 6 | 1.0 | 112.519 | 112.52 | 08 | 52.950 |
| REDUCER-GRVD-CONC-BK-DOM-MECH 8 X 4 | 1.0 | 88.294 | 88.29 | 08 | 41.550 |
| ELBOW-THRD-90DEG-CI-BK-DOM 3/4 | 2.0 | 1.881 | 3.76 | 10 | .885 |
| ELBOW-THRD-90DEG-CI-BK-DOM 1 | 2.0 | 1.785 | 3.57 | 10 | .840 |
| REDUCER-THRD-CONC-CI-BK-DOM 1 X 3/4 | 2.0 | 1.721 | 3.44 | 10 | .810 |
| ELBOW-THRD-90DEG-MI-GLV-DOM 1. 2 | 4.0 | 4.680 | 18.72 | 16 | 2.202 |
| UNION-THRD-MI-BK-DOM-150LB 1 | 2.0 | 6.596 | 13.19 | 16 | 3.104 |
| RING-SWIVEL-ADJ-CAD 6 | 4.0 | 2.114 | 8.46 | 31 | .995 |
| RING-SWIVEL-ADJ-CAD 8 | 10.0 | 2.529 | 25.29 | 31 | 1.190 |
| PLATE-CEILING-GLV 1.2 | 2.0 | 5.802 | 11.60 | 31 | 2.730 |
| PACK-NUTS/BOLTS/GASKET 6 | 4.0 | 14.153 | 56.61 | 41 | 6.660 |
| PACK-NUTS/BOLTS/GASKET 8 | 2.0 | 15.258 | 30.52 | 41 | 7.180 |
| VALVE-OS&Y-GATE-BK 6 | 1.0 | 518.838 | 518.84 | 46 | 244.159 |
| VALVE-OS&Y-GATE-BK 10 | 1.0 | 1441.971 | 1441.96 | 46 | 678.575 |

From: ALLIED TUBE & CONDUI    To: 708-339-8718 tim    Msg#6764720.1



PAGE   1

**tyco** | Electrical & | Metal Products

REMIT TO:
GEM FABRICATION
FabricABER AT 40068
ATLANTA GA 31192

**GEM FABRICATION**

424 S. VAN BUREN ST
MONROE IN 46772

TERMS: 2% 20/N30   INVOICE DATE  2/21/07    INVOICE#  41221

SHIP TO: DOVER AIR FREIGHT TERMINAL
         C/O PYRO-TECH FIRE PROTECTIO
         DOVER AIR FORCE BASE
         DOVER, DE

PO# FP-2
QUOTE# 0080672
SHIP DATE  2/19/07
FOB SHIP POINT
SALESMAN 18  01

SOLD TO: PYRO-TECH FIRE PROTECTION
         80 H TECHNOLOGY DRIVE

         ELKTON         MD
                        219214809

CUSTOMER# 24055
SO# 003514N-1
SHIP VIA:

TAX LOC DOVER          DE    JOB DOVER AIR FREIGHT TERMIN

****************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT PLANT |
|---|---|---|---|---|---|
| PIPE-SK40-BK-DOM-EXT,A135A 2 | 16.0 | 3.179 | 50.87 | 03 | 1.496 |
| ELBOW-GRVD-45DEG-BK-DOM-FP 8. | 1.0 | 73.631 | 73.63 | 05 | 34.650 |
| FLANGE-FLOOR-BK-DOM 2 | 7.0 | 9.028 | 63.20 | 19 | 4.249 |
| ROD-ALL THREAD-BK 1.5 X 12 | 7.0 | 10.315 | 72.21 | 32 | 4.854 |
| CLAMP-RISER-BK 8 | 6.0 | 11.041 | 66.26 | 36 | 5.196 |
| BK-NUT-HEAVY-HEX 1.5 | 7.0 | 3.570 | 24.99 | 62 | 1.680 |

LABOR         .00    MATERIAL        351.16

TOTAL FAB      351.16
DISCOUNT       155.16-
SUB-TOT        196.00
MISC
FREIGHT
TAX
TOTAL          196.00.



From: ALLIED TUBE & CONDUI    To: 706-956-8718 um   Megnet041/0.01

**PAGE 1**

tyco | Electrical & | Metal Products |

REMIT TO:
GEM FABRICATION
FabricThs AT 40068
ATLANTA GA 31192

**GEM FABRICATION**
10230 STATESVILLE BLVD
CLEVELAND NC 27203

TERMS: 2% 20/N30   INVOICE DATE  2/21/07    INVOICE#  41180

SHIP TO: DOVER AIR FREIGHT TERMINAL          PO# FP-2-02
         C/O PYRO-TECH FIRE PROTECTIO        QUOTE# 0081138
         DOVER AIR FORCE BASE                SHIP DATE  2/20/07
         DOVER, DE                           FOB SHIP POINT
                                             SALESMAN 18  01
SOLD TO: PYRO-TECH FIRE PROTECTION           CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE               SO# 003644N
                                             SHIP VIA:
         ELKTON          ND
                         219214809

TAX LOC DOVER         DE    JOB DOVER AIR FREIGHT TERMIN

********************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT PLANT |
|---|---|---|---|---|---|
| CUT FABRICATION-BK 10 | 1.0 | | | 02 | 19,695 |
| ROLL GROOVE-GBE-FABRICATION 10 | 1.0 | | | 05 | 8,458 |
| PIPE-SK10-BK-DOM-A135 10 | 7.9 | 39.313 | 310.57 | 04 | 18,500 |

LABOR     59.84   MATERIAL       310.57
                               TOTAL FAB    370.41
                               DISCOUNT      80.41-
                               SUB-TOT      290.00
                               MISC
                               FREIGHT      127.60
                               TAX
                               TOTAL        417.60

PAGE   1

**tyco** | Electrical & | **Gem** FABRICATION
         | Metal Products | **Fabrication** AT 40068

REMIT TO:
GEM FABRICATION    424 S. VAN BUREN ST
Fabrication AT 40068    MONROE IN 46772
ATLANTA GA 31192

**GEM FABRICATION**



TERMS: 2% 20/N30    INVOICE DATE  3/01/07    INVOICE#  41930

SHIP TO: DOVER AIR FREIGHT TERMINAL
         C/O PYRO-TECH FIRE PROTECTIO
         DOVER AIR FORCE BASE
         DOVER, DE

SOLD TO: PYRO-TECH FIRE PROTECTION
         80 H TECHNOLOGY DRIVE

         ELKTON          MD
                         219214809

PO# FP-2
QUOTE# 0080672
SHIP DATE  2/28/07
FOB SHIP POINT
SALESMAN 18  01
CUSTOMER# 24055
SO# 003514N-3
SHIP VIA:

TAX LOC DOVER          DE    JOB DOVER AIR FREIGHT TERMIN

******************************************************************

| DESCRIPTION | | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT PLANT |
|---|---|---|---|---|---|---|

******************************************************************

| 10" FLANGEFIT BOLT AND GASKET KIT | | 5.0 | 38.463 | 192.31 | 99 | 18.100 |
| LABOR | .00  MATERIAL | 192.31 | | | | |
| | | | TOTAL FAB | 192.31 | | |
| | | | DISCOUNT | 85.31- | | |
| | | | SUB-TOT | 107.00 | | |
| | | | MISC | | | |
| | | | FREIGHT | | | |
| | | | TAX | | | |
| | | | TOTAL | 107.00 | | |

From: ALLIED TUBE & CONDUI    To: 708-938-9718 tim    msg#8764B0.0.1

PAGE  1    REMIT TO:    **GEM FABRICATION**

**tyco** / Electrical & / GEM FABRICATION    10230 STATESVILLE BLVD
/ Metal Products / Fabricated AT 40068    CLEVELAND NC 27203
ATLANTA GA 31192

TERMS: 2% 20/N30   INVOICE DATE  3/02/07   INVOICE#  41987

SHIP TO: DOVER AIR FREIGHT TERMINAL    PO# PSE1-2
C/O PYRO-TECH FIRE PROTECTIO    QUOTE# 0081428
DOVER AIR FORCE BASE    SHIP DATE  3/01/07
DOVER, DE    FOB SHIP POINT
SALESMAN 18  01
SOLD TO: PYRO-TECH FIRE PROTECTION    CUSTOMER# 24055
80 H TECHNOLOGY DRIVE    SO# 003790N
SHIP VIA:
ELKTON    MD
219214809

TAX LOC DOVER    DE    JOB DOVER AIR FREIGHT TERMIN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT PLANT |
|---|---|---|---|---|---|
| WELDING FAB-PIPOLET-GLV 1.2 X 3 | 12.0 | | | 01 | 9.987 |
| CUT FABRICATION-GLV 3 | 6.0 | | | 02 | 2.988 |
| CUT FABRICATION-GLV 4 | 4.0 | | | 02 | 2.988 |
| THREAD-TOE-FABRICATION-GLV 4 | 4.0 | | | 03 | 3.445 |
| ROLL GROOVE-GBE-FABRICATION 3 | 6.0 | | | 05 | 2.679 |
| REDUCER-GRVD-CONC-BK-DOM-MECH 8 X 6 | 1.0 | 112.519 | 112.52 | 08 | 52.950 |
| PACK-NUTS/BOLTS/GASKET 10 | 1.0 | 38.463 | 38.46 | 41 | 18.100 |
| VALVE-BFV-GBE-BFV-N-W/SWITCH 8 | 1.0 | 630.217 | 630.22 | 59 | 296.560 |
| PIPE-SK40-GLV-DOM-A53 FCW 4 | 8.0 | 18.749 | 150.00 | 03 | 8.823 |
| PIPE-SK10-GLV-DOM-A135 3 | 126.0 | 8.836 | 1113.31 | 04 | 4.158 |
| OUTLET,WELD-ON/TOE-STEEL-DOM 1 .2 X 3 | 12.0 | 4.745 | 56.95 | 18 | 2.233 |

S/H    300.00

LABOR .    381.58    MATERIAL    2101.46

TOTAL FAB    2483.04
DISCOUNT    1103.04-
SUB-TOT    1380.00
MISC    300.00
FREIGHT
TAX
TOTAL    1680.00

PAGE  1

**tyco** / Electrical & / Metal Products

REMIT TO:
Gem FABRICATION
Fabric OPEN AT 40068
ATLANTA GA 31192

**GEM FABRICATION**
10230 STATESVILLE BLVD
CLEVELAND NC 27203

TERMS: 2% 20/N30   INVOICE DATE 3/07/07    INVOICE# 42135

SHIP TO: DOVER AIR FREIGHT TERMINAL
         C/O PYRO-TECH FIRE PROTECTIO
         80 H TECHNOLOGY DRIVE
         ELKTON, MD 21921

PO# PSE1-2
QUOTE# 0081681
SHIP DATE 3/06/07
FOB SHIP POINT
SALESMAN 18  01

SOLD TO: PYRO-TECH FIRE PROTECTION
         80 H TECHNOLOGY DRIVE

         ELKTON          MD
                 219314809

CUSTOMER# 24055
SO# 003878N
SHIP VIA:

TAX LOC ELKTON          MD    JOB DOVER AIR FREIGHT TERMIN

*******************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT PLANT |
|---|---|---|---|---|---|
| VALVE-BFV-GBE-BFV-N-W/SWITCH B | 1.0 | 630.217 | 630.22 | 59 | 296.560 |

REPLACEMENT ORDER
  LABOR     .00   MATERIAL      630.22

|  |  |
|---|---|
| TOTAL FAB | 630.22 |
| DISCOUNT | 280.22- |
| SUB-TOT | 350.00 |
| MISC | |
| FREIGHT | |
| TAX | 17.50 |
| TOTAL | 367.50 |

PAGE  1

**tyco** | Electrical & Metal Products

REMIT TO:
GEM FABRICATION
Gem FABRICATION AT 40068
ATLANTA GA 31192

**GEM FABRICATION**

424 S. VAN BUREN ST
MONROE IN 46772

TERMS: 2% 20/N30   INVOICE DATE  3/13/07    INVOICE#   42389

SHIP TO: DOVER AIR FREIGHT TERMINAL
         C/O PYRO-TECH FIRE PROTECTIO
         DOVER AIR FORCE BASE
         DOVER, DE

SOLD TO: PYRO-TECH FIRE PROTECTION
         80 H TECHNOLOGY DRIVE

         ELKTON          MD
                     219214809

PO# FP-2
QUOTE# 0080672
SHIP DATE  3/12/07
FOB SHIP POINT
SALESMAN 18  01
CUSTOMER# 24055
SO# 003514N-4
SHIP VIA:

TAX LOC DOVER          DE    JOB DOVER AIR FREIGHT TERMIN

*********************************************************************



| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT PLANT |
|---|---|---|---|---|---|
| 10" FIG 261 RISER CLAMP (FOR P IPE STAND) | 2.0 | 15.173 | 30.35 | 99 | 7.140 |
| LABOR      .00    MATERIAL |  | 30.35 |  |  |  |

                              TOTAL FAB      30.35
                              DISCOUNT       13.35-
                              SUB-TOT        17.00
                              MISC
                              FREIGHT
                              TAX
                              TOTAL          17.00

PAGE 1

**tyco** | Electrical & Metal Products

REMIT TO:
GEM FABRICATION
FabricaTion AT 40068
ATLANTA GA 31192

**GEM FABRICATION**
10230 STATESVILLE BLVD
CLEVELAND NC 27203

TERMS: 2% 20/N30   INVOICE DATE 3/15/07   INVOICE# 42611

SHIP TO: DOVER AIR FREIGHT TERMINAL
C/O PYRO-TECH FIRE PROTECTIO
DOVER AIR FORCE BASE
DOVER, DE

SOLD TO: PYRO-TECH FIRE PROTECTION
80 H TECHNOLOGY DRIVE

ELKTON          MD
219214809

PO# PRE FAX
QUOTE# 0081823
SHIP DATE 3/14/07
FOB SHIP POINT
SALESMAN 18  01
CUSTOMER# 24055
SO# 003938N
SHIP VIA:

TAX LOC DOVER          DE   JOB DOVER AIR FREIGHT TERMIN

***********************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT PLANT |
|---|---|---|---|---|---|
| WELDING FAB-PIPOLET-GLV 3/4 X 1.2 | 48.0 | | | 01 | 4.369 |
| WELDING FAB-PIPOLET-GLV 1.2 X 3 | 12.0 | | | 01 | 9.987 |
| CUT FABRICATION-GLV 1.2 | 24.0 | | | 02 | .950 |
| CUT FABRICATION-GLV 3 | 6.0 | | | 02 | 2.988 |
| THREAD-TBE-FABRICATION-GLV 1.2 | 24.0 | | | 03 | .855 |
| MAKE ON FABRICATION-GLV 1.2 | 24.0 | | | 04 | .948 |
| ROLL GROOVE-GBE-FABRICATION 3 | 6.0 | | | 05 | 2.679 |
| TBE-GRVD-STR-GLV-DOM-FP 4 | 15.0 | 34.914 | 523.71 | 05 | 16.430 |
| ELBOW-GRVD-90DEG-GLV-DOM-FP 4 | 30.0 | 21.144 | 634.31 | 05 | 9.950 |
| ELBOW-GRVD-90DEG-GLV-DOM-FP 6 | 10.0 | 59.436 | 594.36 | 05 | 27.970 |
| CPLG-GRVD-FLEX-"A"GASKE-GLV- 6 PRE-LUBED | 20.0 | 24.310 | 486.20 | 05 | 11.440 |
| NIPPLE-STEEL-GLV-DOM 1 X 3 | 30.0 | 1.721 | 51.64 | 09 | .810 |
| PLUG-THRD-SQUAREHD-CI-GLV-DOM 1 | 30.0 | 1.881 | 56.42 | 10 | .885 |
| REDUCER-THRD-CONC-MI-GLV-DOM 2 X 1 | 12.0 | 9.384 | 112.61 | 16 | 4.416 |
| U/BOLT-STANDARD-BK 4 | 3.0 | 2.027 | 6.08 | 36 | .954 |

From: ALLIED TUBE & CONDUI   To: 708-859-8716 ttm   msgno/9488M1

**tyco** | Electrical & Metal Products | **Gem Fabrication**

**GEM FABRICATION**



| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT PLANT |
|---|---|---|---|---|---|
| U-BOLT-STANDARD-H/DIP GLV 4 | 21.0 | 2.848 | 59.80 | 36 | 1.340 |
| U-BOLT-STANDARD-H/DIP GLV 6 | 18.0 | 5.483 | 98.69 | 36 | 2.580 |
| VALVE-GLOBE-5/DISC-UNTD-1258 1 | 30.0 | 20.783 | 623.48 | 46 | 9.780 |
| PIPE-SK40-GLV-DOM-A53 FCW 1.2 | 272.0 | 4.087 | 1111.72 | 03 | 1.923 |
| PIPE-SK10-GLV-DOM-A135 3 | 126.0 | 8.836 | 1113.31 | 04 | 4.158 |
| CAP-THRD-MI-GLV-IMPORT 1.2 | 24.0 | 1.657 | 39.77 | 16 | .780 |
| OUTLET,WELD-ON/TOE-STEEL-DOM 3 /4 X 1.2 | 48.0 | 2.240 | 107.50 | 18 | 1.054 |
| OUTLET,WELD-ON/TOE-STEEL-DOM 1 .2 X 3 | 12.0 | 4.745 | 56.95 | 18 | 2.233 |
| S/H | | | 300.00 | | |
| LABOR    912.94    MATERIAL | 5676.55 | | | | |

|  |  |
|---|---|
| TOTAL FAB | 6589.49 |
| DISCOUNT | 2927.49- |
| SUB-TOT | 3662.00 |
| MISC | 300.00 |
| FREIGHT | |
| TAX | |
| TOTAL | 3962.00 |

From: ALLIED TUBE & CONDUIT    TO: 7065398710 tm    Magharu488.9.1

PAGE 1    REMIT TO:    **GEM FABRICATION**

**tyco** | Electrical & Metal Products | GEM FABRICATION    10230 STATESVILLE BLVD
FABRICATE AT 40068    CLEVELAND NC 27203
ATLANTA GA 31192



TERMS: 2% 20/N30    INVOICE DATE 3/15/07    INVOICE# 42620

SHIP TO: DOVER AIR FREIGHT TERMINAL         PO# DPV-1LEVEL3
         C/O PYRO-TECH FIRE PROTECTIO          QUOTE# 0081974
         DOVER AIR FORCE BASE                 SHIP DATE 3/14/07
         DOVER, DE                            FOB SHIP POINT
                                              SALESMAN 18  01
SOLD TO: PYRO-TECH FIRE PROTECTION           CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE                SO# 003995N
                                       SHIP VIA:
         ELKTON          MD
                    219214809

TAX LOC DOVER         DE    JOB DOVER AIR FREIGHT TERMIN

*******************************************************************

|                                       | QTY  | CUST  | EXT    | G R | PLANT |
| DESCRIPTION                           | SHIP | PRICE | COST   | P   | PLANT |
| ------------------------------------- | ---- | ----- | ------ | --- | ----- |
| WELDING FAB-PIPOLET-GLV 1.2 K 3       | 7.0  |       |        | 01  | 9.987 |
| CUT FABRICATION-GLV 3                 | 4.0  |       |        | 02  | 2.988 |
| ROLL GROOVE-GBE-FABRICATION 3         | 4.0  |       |        | 05  | 2.679 |
| PIPE-SK10-GLV-DOM-A135 3              | 66.9 | 8.836 | 590.22 | 04  | 4.158 |
| OUTLET,WELD-ON/TOE-STEEL-DOM 1 .2 X 3 | 7.0  | 4.745 | 33.21  | 18  | 2.233 |

LABOR    196.73    MATERIAL      623.43
                                  TOTAL FAB    820.16
                                  DISCOUNT     364.16-
                                  SUB-TOT      456.00
                                  MISC
                                  FREIGHT
                                  TAX
                                  TOTAL        456.00

From: ALLIED TUBE & CONDUI    To: 708-839-9718 tim    Msg#876490.0.1          08/08/2007 09:17:26  Page 5 of 5

PAGE   1              REMIT TO:                              **GEM FABRICATION**

**tyco** | Electrical &  | GEM FABRICATION    10230 STATESVILLE BLVD
         | Metal Products | Fabricated AT 40068   CLEVELAND NC 27203
                            ATLANTA GA 31192

TERMS: 2% 20/N30   INVOICE DATE  3/20/07    INVOICE#  42767

SHIP TO: DOVER AIR FREIGHT TERMINAL          PO# PRE FAX
         C/O PYRO-TECH FIRE PROTECTIO        QUOTE# 0081823
         DOVER AIR FORCE BASE                SHIP DATE  3/16/07
         DOVER, DE                           FOB SHIP POINT
                                             SALESMAN 18   01
SOLD TO: PYRO-TECH FIRE PROTECTION           CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE               SO# 003938N-1
                                             SHIP VIA:
         ELKTON              MD
                         219214809

TAX LOC DOVER             DE    JOB DOVER AIR FREIGHT TERMIN

******************************************************************************

|  |  |  |  |  |  | G |  |
|  |  | QTY | CUST | EXT | R | PLANT |
| DESCRIPTION |  | SHIP | PRICE | COST | P | PLANT |
|---|---|---|---|---|---|---|
| SPRK-UP-SR-TY-L-W/SHLD-3/4-BR | | 48.0 | 12.984 | 623.22 | 53 | 6.110 |
| 165 | | | | | | |
| LABOR | .00   MATERIAL | | 623.22 | | | |
| | | | TOTAL FAB | 623.22 | | |
| | | | DISCOUNT | 276.22- | | |
| | | | SUB-TOT | 347.00 | | |
| | | | MISC | | | |
| | | | FREIGHT | | | |
| | | | TAX | | | |
| | | | TOTAL | 347.00 | | |



From: ALLIED TUBE & CONDUIT    To: PYRO-TECH FIRE

PAGE   1

**tyco** | Electrical & Metal Products | Fabrication

REMIT TO:
GEM FABRICATION
AT 40068
ATLANTA GA 31192

**GEM FABRICATION**
10230 STATESVILLE BLVD
CLEVELAND NC 27203

TERMS: 2% 20/N30   INVOICE DATE  4/05/07    INVOICE#  43801

SHIP TO: DOVER AIR FREIGHT TERMINAL
C/O PYRO-TECH FIRE PROTECTIO
80 H TECHNOLOGY DRIVE
ELKTON, MD 21921

PO# DPV-3
QUOTE# 0082772
SHIP DATE  4/04/07
FOB SHIP POINT
SALESMAN 08  01

SOLD TO: PYRO-TECH FIRE PROTECTION
80 H TECHNOLOGY DRIVE

CUSTOMER# 24055
SO# 003365P
SHIP VIA:

ELKTON                MD
219114809

TAX LOC ELKTON        MD    JOB DOVER AIR FREIGHT TERMIN

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT PLANT |
|---|---|---|---|---|---|
| ELBOW-GRVD-90DEG-GLV-DOM-FP  5 | 2.0 | 62.156 | 124.31 | 05 | 29.250 |
| CPLG-GRVD-RIGID"A"GASK-GLV  2 5 PRE-LUBED | 12.0 | 8.436 | 101.24 | 05 | 3.970 |
| CPLG-GRVD-RIGID"A"GASK-GLV-F 6 PRE-LUBED | 50.0 | 22.716 | 1135.81 | 05 | 10.690 |
| CPLG-GRVD-REDUCING-GLV-DOM-FP 4 X 3 | 4.0 | 32.640 | 130.56 | 05 | 15.360 |

LABOR      .00   MATERIAL   1491.92

TOTAL FAB    1491.92
DISCOUNT      671.92-
SUB-TOT       820.00
MISC
FREIGHT
TAX
TOTAL         820.00

**GEM FABRICATION**

PAGE 1

**tyco** | Electrical & Metal Products

REMIT TO:
GEM FABRICATION
FabricaTION AT 40068
ATLANTA GA 31192

10230 STATESVILLE BLVD
CLEVELAND NC 27203

TERMS: 2% 20/N30  INVOICE DATE 4/13/07    INVOICE# 44084

SHIP TO: DOVER AIR FREIGHT TERMINAL
C/O PYRO-TECH FIRE PROTECTIO
DOVER AIR FORCE BASE
DOVER, DE

PO# PRE FAX
QUOTE# 0081823
SHIP DATE 4/11/07
FOB SHIP POINT
SALESMAN 08  01
CUSTOMER# 24055
SO# 003938N-2
SHIP VIA:

SOLD TO: PYRO-TECH FIRE PROTECTION
80 H TECHNOLOGY DRIVE

ELKTON            MD
                  219214809

TAX LOC DOVER            DE    JOB DOVER AIR FREIGHT TERMIN

| DESCRIPTION | | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT PLANT |
|---|---|---|---|---|---|---|
| 2-1/2" GALV GROOVED CAP WITH 1" TAP | | 12.0 | 20.719 | 248.63 | 99 | 9.750 |
| 4" GALV GROOVED CAP WITH 1" TA P | | 6.0 | 31.769 | 190.61 | 99 | 14.950 |
| LABOR | .00    MATERIAL | 439.24 | | | | |

TOTAL FAB    439.24
DISCOUNT     194.24-
SUB-TOT      245.00
MISC
FREIGHT
TAX
TOTAL        245.00

PAGE 1

**GEM FABRICATION**

**tyco** | Electrical & Metal Products

REMIT TO:
GEM FABRICATION
Fabrica DEPT AT 40068
ATLANTA GA 31192

10230 STATESVILLE BLVD
CLEVELAND NC 27203

TERMS: 2% 20/N30   INVOICE DATE 4/18/07   INVOICE# 44299

SHIP TO: DOVER AIR FREIGHT TERMINAL
C/O PYRO-TECH FIRE PROTECTIO
ONE WALSH WAY, ATLANTIC-DOVE
DOVER, DE 19902

PO# DAFT
QUOTE# 0082907
SHIP DATE 4/17/07
FOB SHIP POINT
SALESMAN 08 01

SOLD TO: PYRO-TECH FIRE PROTECTION
80 H TECHNOLOGY DRIVE

ELKTON          MD
                219214809

CUSTOMER# 24055
SO# 003521P
SHIP VIA:

TAX LOC DOVER          DE     JOB DOVER AIR FREIGHT TERMIN

*********************************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT PLANT |
|---|---|---|---|---|---|
| WELDING FABRICATION-PIPOLET-BK 1.5 X 1.5 | 14.0 | | | 01 | 14.635 |
| THREAD-TOE-FABRICATION-BK 2 | 7.0 | | | 03 | .843 |
| CUT FABRICATION-BK 2 | 7.0 | | | 12 | .826 |
| MAKE ON FABRICATION-BK 2 | 7.0 | | | 24 | .862 |
| FLANGE-GROOVED-BK-DOM-FP 4 | 2.0 | 41.778 | 83.56 | 05 | 19.660 |
| FLANGE-GROOVED-BK-DOM-FP 6 | 6.0 | 51.808 | 310.85 | 05 | 24.380 |
| FLANGE-GROOVED-BK-DOM-FP 8 | 1.0 | 68.553 | 68.55 | 05 | 32.260 |
| FLANGE-GRVD-GLV-DOM-FP 6 | 1.0 | 67.001 | 67.00 | 05 | 31.530 |
| TEE-GRVD-STR-BK-DOM-FP 8 | 7.0 | 143.480 | 1004.36 | 05 | 67.520 |
| ELBOW-GRVD-90DEG-BK-DOM-FP 4 P SI 175 | 20.0 | 14.068 | 281.35 | 05 | 6.620 |
| ELBOW-GRVD-90DEG-BK-DOM-FP 8 | 4.0 | 79.603 | 318.41 | 05 | 37.460 |
| ELBOW-GRVD-90DEG-GLV-DOM-FP 4 | 10.0 | 22.100 | 221.00 | 05 | 10.400 |
| ELBOW-GRVD-90DEG-GLV-DOM-FP 6 | 13.0 | 62.156 | 808.03 | 05 | 29.250 |
| CPLG-GRVD-RIG"A"GASK-BK-DOM 4 PRE-LUBED | 100.0 | 9.244 | 924.38 | 05 | 4.350 |
| CPLG-GRVD-RIGID"A"GASK-GLV 2.5 PRE-LUBED | 20.0 | 8.436 | 168.73 | 05 | 3.970 |

From: ALLIED TUBE & CONDUI   To: 7085398718 tim   Msg#5/6495.0.7   08/08/2007 09:23:55   Page 5 of 5

## GEM FABRICATION

**tyco** / Electrical & / Gem
Metal Products / Fabrication

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT PLANT |
|---|---|---|---|---|---|
| TRIM-RISER SHOTGUN CK VLV GLV 4 | 1.0 | 169.558 | 169.56 | 59 | 79.789 |
| BK-NUT-HEAVY-HEX 3/8 | 100.0 | .075 | 7.52 | 62 | .035 |
| WASHER-STD-ROUND-BK 3/8 | 100.0 | .030 | 2.98 | 62 | .014 |
| PIPE-SK40-BK-DOM-EXT,A135A 2 | 5.0 | 3.681 | 18.40 | 03 | 1.732 |
| PIPE-SK10-BK-DOM-A135 6 | 21.0 | 10.576 | 222.11 | 04 | 4.977 |
| PIPE-SK10-BK-DOM-A135 8 | 42.0 | 20.658 | 867.66 | 04 | 9.722 |
| FLANGE-FLOOR-BK-DOM 2 | 7.0 | 9.028 | 63.20 | 19 | 4.249 |
| ROD-ALL THREAD-BK 1.5 X 12 | 7.0 | 9.903 | 69.32 | 32 | 4.660 |
| CLAMP-RISER-BK 8 | 7.0 | 11.041 | 77.29 | 36 | 5.196 |
| BK-NUT-HEAVY-HEX 1.5 | 7.0 | 2.279 | 15.96 | 62 | 1.072 |

| | | | |
|---|---|---|---|
| S/H | | | 200.00 |
| LABOR | 473.02 | MATERIAL | 18472.89 |
| | | TOTAL FAB | 18945.91 |
| | | DISCOUNT | 8534.91- |
| | | SUB-TOT | 10411.00 |
| | | MISC | 200.00 |
| | | FREIGHT | |
| | | TAX | |
| | | TOTAL | 10611.00 |

From: ALLIED TUBE & CONDUIT    To: 7063398716 tm    Msg№76029.0.1    05/09/2007 08:30:00 PM Page 2 of 2

**GEM FABRICATION**

PAGE  1
**tyco** | Electrical & / Metal Products

REMIT TO:
GEM FABRICATION
Fabrication AT 40068
ATLANTA GA 31192

10230 STATESVILLE BLVD
CLEVELAND NC 27203

TERMS: 2% 20/N30   INVOICE DATE  4/25/07    INVOICE#  44734

SHIP TO: DOVER AIR FREIGHT TERMINAL
         C/O PYRO-TECH FIRE PROTECTIO
         ONE WALSH WAY, ATLANTIC-DOVE
         DOVER, DE 19902

PO# DAFT
QUOTE# 0082907
SHIP DATE  4/24/07
FOB SHIP POINT
SALESMAN 08  01

SOLD TO: PYRO-TECH FIRE PROTECTION
         80 H TECHNOLOGY DRIVE

CUSTOMER# 24055
SO# 003521P-2
SHIP VIA:

     ELKTON          MD
               219214809

TAX LOC DOVER         DE      JOB DOVER AIR FREIGHT TERMIN

*********************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT PLANT |
|---|---|---|---|---|---|
| SPRK-UP-TY-L-3/4-MALE-BRASS 16 5 | 50.0 | 11.921 | 596.06 | 53 | 5.610 |
| SPRK-UP-SR-TY-L-W/SHLD-3/4-BR 165 | 50.0 | 13.791 | 689.56 | 53 | 6.490 |
| 10 X 8 #350 GROOVED CONC REDUC ER | 1.0 | 233.516 | 233.52 | 99 | 109.890 |
| 10" #71 GROOVED FLANGE | 1.0 | 121.550 | 121.55 | 99 | 57.200 |

LABOR       .00     MATERIAL      1640.69

| | |
|---|---|
| TOTAL FAB | 1640.69 |
| DISCOUNT | 738.69- |
| SUB-TOT | 902.00 |
| MISC | |
| FREIGHT | |
| TAX | |
| TOTAL | 902.00 |

PAGE 1

**tyco** | Electrical & Metal Products

REMIT TO:
GEM FABRICATION
FABRICATED AT 40068
ATLANTA GA 31192

**GEM FABRICATION**
10230 STATESVILLE BLVD
CLEVELAND NC 27203



TERMS: 2% 20/N30   INVOICE DATE 7/12/07   INVOICE# 49230

SHIP TO: DOVER AIR FORCE BASE
C/O PYRO-TECH FIRE PROTECTIO
80 H TECHNOLOGY DRIVE
ELKTON, MD 21921

PO# VERBAL
QUOTE# 0086147
SHIP DATE 7/11/07
FOB SHIP POINT
SALESMAN 08  01

SOLD TO: PYRO-TECH FIRE PROTECTION
80 H TECHNOLOGY DRIVE

CUSTOMER# 24055
SO# 003914R
SHIP VIA:

ELKTON                MD
219214809

TAX LOC ELKTON        MD   JOB DOVER AIR FORCE BASE

***************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT PLANT |
|-------------|----------|------------|----------|-------|-------------|
| NEXT DAY AIR CHARGES | 1.0 | | | 98 | |
| U-BOLT-STANDARD-H/DIP GLV 4 | 1.0 | 2.888 | 2.89 | 36 | 1.340 |

LABOR      .00   MATERIAL        2.89
                            TOTAL FAB     2.89
                            DISCOUNT       .89-
                            SUB-TOT       2.00
                            MISC
                            FREIGHT      17.21
                            TAX
                            TOTAL        19.21

DEC. 17. 2007  4:57PM   ALLIED TUBE & CONDUIT                    NO. 0947   P. 4

**GEM Fabrication /**
**ALLIED TUBE &**
**CONDUIT**
16100 S Lathrop Ave

Harvey, IL 60426

*tyco* / Electrical & Metal Products

## PYRO-TECH FIRE PROTECTION
## STATEMENT OF ACCOUNT - DOVER AFB
17-Dec-07

| DAYS | PO | Invoice | Due Date | Original Amount | Open Amount | Date Invoice |
|---|---|---|---|---|---|---|
| 274 | DOVER AIR FREIGHT | 41220 | 3/18/07 | 7270 | 7270 | 2/16/07 |
| 271 | DOVER AIR FREIGHT | 41221 | 3/21/07 | 196 | 196 | 2/19/07 |
| 270 | DOVER AIR FREIGHT | 41180 | 3/22/07 | 417.6 | 417.6 | 2/20/07 |
| 267 | DOVER AIR FREIGHT | 41571 | 3/25/07 | 923 | 923 | 2/23/07 |
| 262 | DOVER AIR FREIGHT | 41930 | 3/30/07 | 107 | 107 | 2/28/07 |
| 261 | DOVER AIR FREIGHT | 41987 | 3/31/07 | 1680 | 1680 | 3/01/07 |
| 256 | DOVER AIR FREIGHT | 42135 | 4/05/07 | 367.5 | 367.5 | 3/06/07 |
| 260 | DOVER AIR FREIGHT | 42389 | 4/11/07 | 17 | 17 | 3/12/07 |
| 248 | DOVER AIR FREIGHT | 42611 | 4/13/07 | 3962 | 3962 | 3/14/07 |
| 248 | DOVER AIR FREIGHT | 42620 | 4/13/07 | 456 | 456 | 3/14/07 |
| 246 | DOVER AIR FREIGHT | 42767 | 4/15/07 | 347 | 347 | 3/16/07 |
| 243 | DOVER AIR FREIGHT | 42818 | 4/18/07 | 576 | 576 | 3/19/07 |
| 229 | DOVER AIR FREIGHT | 43732 | 5/02/07 | 4409 | 4409 | 4/02/07 |
| 227 | DOVER AIR FREIGHT | 43801 | 5/04/07 | 820 | 820 | 4/04/07 |
| 222 | DOVER AIR FREIGHT | 43936 | 5/09/07 | 468 | 468 | 4/09/07 |
| 222 | DOVER AIR FREIGHT | 44084 | 5/11/07 | 245 | 245 | 4/11/07 |
| 220 | DOVER AIR FREIGHT | 44299 | 5/17/07 | 10611 | 10611 | 4/17/07 |
| 214 | DOVER AIR FREIGHT | 44469 | 5/19/07 | 3288 | 3288 | 4/19/07 |
| 212 | DOVER AIR FREIGHT | 44734 | 5/24/07 | 902 | 902 | 4/24/07 |
| 207 | DOVER AIR FREIGHT | 46102 | 6/16/07 | 13016 | 13016 | 5/17/07 |
| 184 | DOVER AIR FREIGHT | 49230 | 8/10/07 | 19.21 | 19.21 | 7/11/07 |
| 129 | | | | 50097.31 | 50097.31 | |

From: ALLIED DEC. 17. 2007 4:57PM 0833957 ALLIED TUBE & CONDUIT                NO. 0947   P. 5

**GEM FABRICATION**



PAGE  1          REMIT TO:
**tyco** / Electrical &   GEM FABRICATION   424 S. VAN BUREN ST
           Metal Products / Fabrication   MONROE IN 46772
                    ATLANTA GA 31192

TERMS:2%20NET30   INVOICE DATE 2/21/07   INVOICE# 41220

SHIP TO: DOVER AIR FREIGHT TERMINAL      PO# FP-2
         C/O PYRO-TECH FIRE PROTECTIO    QUOTE# 0080672
         DOVER AIR FORCE BASE            SHIP DATE 2/16/07
         DOVER, DE                       FOB SHIP POINT
                                         SALESMAN 18  #1
SOLD TO: PYRO-TECH FIRE PROTECTION       CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE           SO# 003514N
                                         SHIP VIA: WDS
         ELKTON          MD              BOL: 2564
                  219214809

TAX LOC DOVER          DE    JOB DOVER AIR FREIGHT TERMIN

****************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT COST PLANT | EXT |
|---|---|---|---|---|---|---|
| WELDING FABRICATION-PIPOLET-BK 1.5 X 1.5 | 14.0 | | | 01 | 14.635 | 204.89 |
| WELDING FABRICATION-PIPOLET-BK 1 X 8 | 5.0 | | | 01 | 6.687 | 33.44 |
| CUT FABRICATION-BK 6 | 2.0 | | | 02 | 8.378 | 16.76 |
| CUT FABRICATION-BK 8 | 9.0 | | | 02 | 9.233 | 83.10 |
| CUT FABRICATION-BK 10 | 3.0 | | | 02 | 19.695 | 59.09 |
| CUT FABRICATION-GLV 4 | 1.0 | | | 02 | 2.988 | 2.99 |
| CUT FABRICATION-GLV 8 | 2.0 | | | 02 | 10.617 | 21.23 |
| THREAD-TOE-FABRICATION-BK 2 | 7.0 | | | 03 | .843 | 5.90 |
| THREAD-TOE-FABRICATION-BK 6 | 1.0 | | | 03 | 8.490 | 8.49 |
| THREAD-TOE-FABRICATION-GLV 4 | 1.0 | | | 03 | 3.445 | 3.45 |
| MAKE ON FABRICATION-BK 6 | 1.0 | | | 04 | 41.707 | 41.71 |
| MAKE ON FABRICATION-BK 8 | 1.0 | | | 04 | 52.325 | 52.33 |
| MAKE ON FABRICATION-GLV 8 | 1.0 | | | 04 | 57.558 | 57.56 |
| ROLL GROOVE-GBE-FABRICATION 6 | 1.0 | | | 05 | 5.183 | 5.18 |
| ROLL GROOVE-GBE-FABRICATION 8 | 9.0 | | | 05 | 5.256 | 47.30 |

**GEM FABRICATION**

tyco | Electrical & | Gem
      | Metal Products | Fabrication

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT COST PLANT | EXT |
|---|---|---|---|---|---|---|
| ROLL GROOVE-GBE-FABRICATION 10 | 3.0 | | | 05 | 8.458 | 25.37 |
| ROLL-GRVD+THD COE/TOE FABRICAT 8 | 2.0 | | | 10 | 23.892 | 47.78 |
| CUT FABRICATION-BK 2 | 7.0 | | | 12 | .826 | 5.78 |
| MAKE ON FABRICATION-BK 2 | 7.0 | | | 24 | .862 | 6.04 |
| FLANGE-GROOVED-BK-DOM-FP 6 | 4.0 | 49.513 | 198.05 | 05 | 23.300 | 93.20 |
| TEE-GRVD-STR-BK-DOM-FP 6 | 1.0 | 64.324 | 64.32 | 05 | 30.270 | 30.27 |
| TEE-GRVD-STR-BK-DOM-FP 8 | 4.0 | 137.169 | 548.68 | 05 | 64.550 | 258.20 |
| ELBOW-GRVD-90DEG-BK-DOM-FP 6 | 1.0 | 37.009 | 37.89 | 05 | 17.830 | 17.83 |
| ELBOW-GRVD-90DEG-BK-DOM-FP 8 | 12.0 | 76.011 | 912.14 | 05 | 35.770 | 429.24 |
| CPLG-GRVD-FLEX-"A"GASKET-BK- 6 PRE-LUBED | 3.0 | 17.213 | 51.64 | 05 | 8.100 | 24.30 |
| CPLG-GRVD-FLEX-"A"GASKET-BK- 8 PRE-LUBED | 40.0 | 28.433 | 1137.30 | 05 | 13.380 | 535.20 |
| REDUCER-GRVD-CONC-BK-DOM-MECH 8 X 6 | 1.0 | 112.519 | 112.52 | 08 | 52.950 | 52.95 |
| REDUCER-GRVD-CONC-BK-DOM-MECH 8 X 4 | 1.0 | 88.294 | 88.29 | 08 | 41.550 | 41.55 |
| ELBOW-THRD-90DEG-CT-BK-DOM 3/4 | 2.0 | 1.881 | 3.76 | 10 | .885 | 1.77 |
| ELBOW-THRD-90DEG-CI-BK-DOM 1 | 2.0 | 1.785 | 3.57 | 10 | .840 | 1.68 |
| REDUCER-THRD-CONC-CI-BK-DOM 1 X 3/4 | 2.0 | 1.721 | 3.44 | 10 | .870 | 1.62 |
| ELBOW-THRD-90DEG-MI-GLV-DOM 1. 2 | 4.0 | 4.680 | 18.72 | 16 | 2.202 | 8.81 |
| UNION-THRD-MI-BK-DOM-150LB 1 | 2.0 | 6.596 | 13.19 | 16 | 3.104 | 6.21 |
| RING-SWIVEL-ADJ-CAD 6 | 4.0 | 2.114 | 8.46 | 31 | .995 | 3.98 |
| RING-SWIVEL-ADJ-CAD 8 | 10.0 | 2.529 | 25.29 | 31 | 1.190 | 11.90 |
| PLATE-CEILING-GLV 1.2 | 2.0 | 5.802 | 11.60 | 31 | 2.730 | 5.46 |
| PACK-NUTS/BOLTS/GASKET 6 | 4.0 | 14.153 | 56.61 | 41 | 6.660 | 26.64 |
| PACK-NUTS/BOLTS/GASKET 8 | 2.0 | 15.258 | 30.52 | 41 | 7.180 | 14.36 |
| VALVE-OS&Y-GATE-BK 6 | 1.0 | 518.838 | 518.84 | 46 | 244.159 | 244.16 |
| VALVE-OS&Y-GATE-BK 10 | 1.0 | 1441.971 | 1441.96 | 46 | 678.575 | 678.57 |

From: ALLIE DEC. 17. 2007 4:57PM 833997 ALLIED TUBE & CONDUIT          NO. 0947   P. 7

**GEM FABRICATION**

**tyco** | Electrical & Metal Products | **Gem Fabrication**

| DESCRIPTION | QTY SHIP | COST PRICE | EXT COST | G R P | PLANT COST PLANT | EXT |
|---|---|---|---|---|---|---|
| VALVE-BBSCS02-W/SWITCH-MILW 1 | 2.0 | 186.873 | 373.75 | 46 | 87.940 | 175.88 |
| VALVE-CHECK-SCR-UNTD-99S 1 | 1.0 | 25.670 | 25.66 | 46 | 12.174 | 12.17 |
| SWTCH-TAMPER-OS&Y-DPDT | 2.0 | 75.444 | 150.89 | 54 | 35.500 | 71.00 |
| VALVE-BFV-GBE-BFV-N-W/SWITCH 6 | 3.0 | 630.217 | 1890.65 | 59 | 296.560 | 889.68 |
| PIPE-SK40-BK-DOM A135/A795 1 | 42.0 | 1.580 | 66.34 | 03 | .743 | 31.22 |
| PIPE-SK40-BK-DOM A135/A795 1.2 | 42.0 | 2.114 | 88.78 | 03 | .995 | 41.78 |
| PIPE-SK40-BK-DOM A135/A795 2 | 21.0 | 3.372 | 70.81 | 03 | 1.587 | 33.32 |
| PIPE-SK40-BK-DOM A53B ERW 6 | 8.0 | 33.620 | 268.96 | 03 | 15.821 | 126.57 |
| PIPE-SK40-BK-DOM A53B ERW 8 | 4.3 | 54.365 | 233.77 | 03 | 25.583 | 110.01 |
| PIPE-SK40-GLV-DOM-A53 PCW 1.2 | 21.0 | 4.087 | 85.83 | 03 | 1.923 | 40.39 |
| PIPE-SK40-GLV-DOM-A53 PCW 4 | 1.0 | 18.749 | 18.74 | 03 | 8.823 | 8.82 |
| PIPE-SK40-GLV-DOM-A53 B ERW 8 | 1.4 | 65.135 | 91.18 | 03 | 30.652 | 42.91 |
| PIPE-SK10-GLV-DOM-A135 8 | 1.4 | 44.547 | 62.37 | 04 | 20.963 | 29.35 |
| PIPE-SK10-BK-DOM-A135 6 | .5 | 10.576 | 5.29 | 04 | 4.977 | 2.49 |
| PIPE-SK10-BK-DOM-A135 8 | 30.2 | 22.063 | 666.29 | 04 | 10.382 | 313.55 |
| PIPE-SK10-BK-DOM-A135 10 | 9.4 | 103.456 | 972.49 | 04 | 48.685 | 457.64 |
| OUTLET,WELD-ON/TOE-STEEL-DOM 1 X 8 | 5.0 | 3.247 | 16.24 | 18 | 1.528 | 7.64 |
| FLANGE-F&D CI BK-DOM 6 X 11 | 1.0 | 49.481 | 49.48 | 19 | 23.285 | 23.29 |
| FLANGE-F&D-CI-BK-IXIM 8 X 16 | 1.0 | 338.411 | 338.41 | 19 | 159.252 | 159.25 |
| FLANGE-F&D-CI-GLV-DOM 6 X 13.5 | 1.0 | 177.158 | 177.16 | 19 | 83.369 | 83.37 |

| | | | |
|---|---|---|---|
| S/H | | | 330.00 |
| LABOR 1547.80  MATERIAL | 10940.08 | | |
| | | TOTAL FAB | 12487.88 |
| | | DISCOUNT | 5547.88- |
| | | SUB-TOT | 6940.00 |
| | | MISC | 330.00 |
| | | FREIGHT | |
| | | TAX | |
| | | TOTAL | 7270.00 |

From: ALLIE DEC. 17. 2007 4:57PM 3833997 ALLIED TUBE & CONDUIT    NO. 0947    P. 8

PAGE  1
**tyco** / Electrical & Metal Products /    REMIT TO:
GEM FABRICATION    424 S. VAN BUREN ST
MONROE IN 46772
ATLANTA GA 31192

**GEM FABRICATION**



TERMS: 2½ 20NET30    INVOICE DATE  2/21/07    INVOICE#  41221

SHIP TO: DOVER AIR FREIGHT TERMINAL    PO# FP-2
C/O PYRO-TECH FIRE PROTECTIO    QUOTE# 0080672
DOVER AIR FORCE BASE    SHIP DATE  2/19/07
DOVER, DE    FOB SHIP POINT
SALESMAN 18  07
SOLD TO: PYRO-TECH FIRE PROTECTION    CUSTOMER# 24055
80 H TECHNOLOGY DRIVE    SO# 003514N-1
SHIP VIA: WDS
ELKTON    MD    BOL: 2599
219214809

TAX LOC DOVER    DE    JOB DOVER AIR FREIGHT TERMIN

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT COST PLANT | EXT |
|---|---|---|---|---|---|---|
| PIPE-SK40-BK-DOM-EXT,A135A 2 | 16.0 | 3.179 | 50.87 | 03 | 1.496 | 23.94 |
| ELBOW-GRVD-45DEG-BK-DOM-FP 8 | 1.0 | 73.631 | 73.63 | 05 | 34.650 | 34.65 |
| FLANGE-FLOOR-BK-DOM 2 | 7.0 | 9.028 | 63.20 | 19 | 4.249 | 29.74 |
| ROD-ALL THREAD-BK 1.5 X 12 | 7.0 | 10.315 | 72.21 | 32 | 4.854 | 33.98 |
| CLAMP-RISER-BK 8 | 6.0 | 11.041 | 66.26 | 36 | 5.196 | 31.18 |
| BK-NUT-HEAVY-HEX 1.5 | 7.0 | 3.570 | 24.99 | 62 | 1.680 | 11.76 |

LABOR      .00    MATERIAL      351.16
TOTAL FAB    351.16
DISCOUNT    155.16-
SUB-TOT    196.00
MISC
FREIGHT
TAX
TOTAL    196.00

From: ALLIE DEC. 17. 2007 4:58PM 0833997 ALLIED TUBE & CONDUIT   12/17/2007 13:05:20   NO. 0947   P. 9

PAGE 1          REMIT TO:                                          **GEM FABRICATION**

**tyco** / Electrical &    GEM FABRICATION    10230 STATESVILLE BLVD
/ Metal Products   Fabrication   CLEVELAND NC 27203
ATLANTA GA 31192

TERMS:2%20NET30   INVOICE DATE 2/21/07   INVOICE# 41180

SHIP TO: DOVER AIR FREIGHT TERMINAL       PO# FP-2-02
        C/O PYRO-TECH FIRE PROTECTIO      QUOTE# 0081138
        DOVER AIR FORCE BASE              SHIP DATE 2/20/07
        DOVER, DE                         FOB SHIP POINT
                                          SALESMAN 18  07
SOLD TO: PYRO-TECH FIRE PROTECTION        CUSTOMER# 24055
        80 E TECHNOLOGY DRIVE             SO# 003644N
                                          SHIP VIA: YELLOW
        ELKTON         MD                 BOL: 9110
                 219214809

TAX LOC DOVER         DE    JOB DOVER AIR FREIGHT TERMIN

*************************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT COST PLANT | EXT |
|---|---|---|---|---|---|---|
| CUT FABRICATION-BK 10 | 1.0 | | | 02 | 19.695 | 19.70 |
| ROLL GROOVE-OBE-FABRICATION 10 | 1.0 | | | 05 | 8.458 | 8.46 |
| PIPE-BK10-BK-DOM-A135 10 | 7.9 | 39.313 | 310.57 | 04 | 10.500 | 146.15 |

LABOR    59.84   MATERIAL    310.57
                          TOTAL FAB    370.41
                          DISCOUNT      80.41-
                          SUB-TOT      290.00
                          MISC
                          FREIGHT      127.60
                          TAX
                          TOTAL        417.60



From: ALLIED  DEC. 17. 2007¹  4:58PM³³⁹⁸⁷¹ ALLIED TUBE & CONDUIT      12/17/2007 10:07:21      NO. 0947    P. 10

**GEM FABRICATION**

PAGE  1
**tyco** | Electrical & Metal Products | REMIT TO: GEM FABRICATION  424 S. VAN BUREN ST  MONROE IN 46772
ATLANTA GA 31192

TERMS:2%20NET30    INVOICE DATE  2/27/07    INVOICE#  41571

SHIP TO: DOVER AIR FREIGHT TERMINAL        PO# FP-2
         C/O PYRO-TECH FIRE PROTECTIO      QUOTE# 0060672
         DOVER AIR FORCE BASE              SHIP DATE  2/23/07
         DOVER, DE                         FOB SHIP POINT
                                           SALESMAN 18  01
SOLD TO: PYRO-TECH FIRE PROTECTION         CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE             SO# 003514N-2
                                           SHIP VIA: D/S
         ELKTON           MD               BOL:
                  219214809

TAX LOC DOVER        DE    JOB DOVER AIR FREIGHT TERMIN

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT COST PLANT | EXT |
|---|---|---|---|---|---|---|
| 10 X 8 GROOVED CONC REDUCER | 2.0 | 223.380 | 446.76 | 99 | 105.120 | 210.24 |
| 10" GROOVED TEE | 1.0 | 370.324 | 370.32 | 99 | 174.270 | 174.27 |
| 10" GROOVED 90 DEG ELL | 1.0 | 164.539 | 164.54 | 99 | 77.430 | 77.43 |
| 10" GROOVED FLANGE | 3.0 | 116.259 | 348.78 | 99 | 54.710 | 164.13 |
| 10" 705 GROOVED COUPLING W/ E GASKET | 5.0 | 65.875 | 329.38 | 99 | 31.000 | 155.00 |

LABOR        .00    MATERIAL        1659.78
                          TOTAL FAB    1659.78
                          DISCOUNT      736.78-
                          SUB-TOT       923.00
                          MISC
                          FREIGHT
                          TAX
                          TOTAL         923.00



From: ALLIE DEC. 17. 2007 4:58PM ALLIED TUBE & CONDUIT    NO. 0947    P. 11

PAGE  1          REMIT TO:                                              **GEM FABRICATION**

**tyco** | Electrical &      GEM FABRICATION      424 S. VAN BUREN ST
         | Metal Products    Fabrication          MONROE IN 46772
                             ATLANTA GA 31192



TERMS: 2%20NET30    INVOICE DATE 3/01/07    INVOICE# 41930

SHIP TO: DOVER AIR FREIGHT TERMINAL    PO# FP-2
         C/O PYRO-TECH FIRE PROTECTIO   QUOTE# 0080672
         DOVER AIR FORCE BASE           SHIP DATE 2/28/07
         DOVER, DE                      FOB SHIP POINT
                                        SALESMAN 18  H1
SOLD TO: PYRO-TECH FIRE PROTECTION      CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE          SO# 003514N-3
                                        SHIP VIA: D/S
         ELKTON          MD             BOL:
                    219214809

TAX LOC DOVER          DE    JOB DOVER AIR FREIGHT TERMIN

*************************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT | PLANT COST EXT |
|---|---|---|---|---|---|---|
| 10" FLANGEFIT BOLT AND GASKET KIT | 5.0 | 38.463 | 192.31 | 99 | 18.100 | 90.50 |
| LABOR  .00  MATERIAL | 192.31 | | | | | |
| | | TOTAL FAB | 192.31 | | | |
| | | DISCOUNT | 85.31- | | | |
| | | SUB-TOT | 107.00 | | | |
| | | MISC | | | | |
| | | FREIGHT | | | | |
| | | TAX | | | | |
| | | TOTAL | 107.00 | | | |

From. ALLIE DEC. 17. 2007ᴴ 4:58PM 83398/ ALLIED TUBE & CONDUIT          NO. 0947    P. 12

PAGE 1          REMIT TO:                              **GEM FABRICATION**
**tyco** / Electrical &    GEM FABRICATION    10230 STATESVILLE BLVD
           Metal Products Inc Fabrication 68    CLEVELAND NC 27203
                        ATLANTA GA 31192



TERMS:2%20NET30    INVOICE DATE 3/02/07    INVOICE# 41987

SHIP TO: DOVER AIR FREIGHT TERMINAL      PO# PSE1-2
        c/o PYRO-TECH FIRE PROTECTIO      QUOTE# 0081428
        DOVER AIR FORCE BASE              SHIP DATE 3/01/07
        DOVER, DE                        FOB SHIP POINT
                                         SALESMAN 18  07
SOLD TO: PYRO-TECH FIRE PROTECTION        CUSTOMER# 24055
        80 N TECHNOLOGY DRIVE            SO# 003790N
                                    SHIP VIA: WDS
        ELKTON          MD              BOL: 9320
                219214809

TAX LOC DOVER          DE    JOB DOVER AIR FREIGHT TERMIN

****************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | GRP | PLANT | PLANT COST EXT |
|---|---|---|---|---|---|---|
| WELDING FAB-PIPOLET-GLV 1.2 X 3 | 12.0 | | | 01 | 9.987 | 119.84 |
| CUT FABRICATION-GLV 3 | 6.0 | | | 02 | 2.988 | 17.93 |
| CUT FABRICATION-GLV 4 | 4.0 | | | 02 | 2.988 | 11.95 |
| THREAD-TOE-FABRICATION-GLV 4 | 4.0 | | | 03 | 3.445 | 13.78 |
| ROLL GROOVE-GBE-FABRICATION 3 | 6.0 | | | 05 | 2.679 | 16.07 |
| REDUCER-GRVD-CONC-BK-DOM-MECH 8 X 6 | 1.0 | 112.519 | 112.52 | 08 | 52.950 | 52.95 |
| PACK-NUTS/BOLTS/GASKET 10 | 1.0 | 38.463 | 38.46 | 41 | 18.100 | 18.10 |
| VALVE-BFV-GBE-BFV-N-W/SWITCH 8 | 1.0 | 630.217 | 630.22 | 59 | 296.560 | 296.56 |
| PIPE-SK40-GLV-DOM-A53 FCW 4 | 8.0 | 18.749 | 150.00 | 03 | 8.823 | 70.59 |
| PIPE-SK10-GLV-DOM-A135 3 | 126.0 | 8.836 | 1113.31 | 04 | 4.158 | 523.91 |
| OUTLET,WELD-ON/TOE-STEEL-DOM 1 .2 X 3 | 12.0 | 4.745 | 56.95 | 18 | 2.233 | 26.80 |

S/H                                    300.00
LABOR     381.58    MATERIAL    2101.46
                    TOTAL FAB   2463.04
                    DISCOUNT    1103.04-
                    SUB-TOT     1380.00
                    MISC        300.00
                    FREIGHT
                    TAX
                    TOTAL       1680.00

PAGE  1            REMIT TO:                                    **GEM FABRICATION**

**tyco** / Electrical &   GEM FABRICATION   10230 STATESVILLE BLVD
       Metal Products / Fabrication 68   CLEVELAND NC 27103
                   ATLANTA GA 31192

TERMS:2%20NET30   INVOICE DATE 3/07/07   INVOICE# 42135

SHIP TO: DOVER AIR FREIGHT TERMINAL        PO# PSE1-2
         C/O PYRO-TECH FIRE PROTECTIO      QUOTE# 0081681
         80 H TECHNOLOGY DRIVE             SHIP DATE 3/06/07
         ELKTON, MD 21921                  FOB SHIP POINT
                                           SALESMAN 18  01
SOLD TO: PYRO-TECH FIRE PROTECTION         CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE             SO# 003878N
                                           SHIP VIA: FEDEX
         ELKTON          MD                BOL:
                   219214809

TAX LOC ELKTON          MD    JOB DOVER AIR FREIGHT TERMIN

******************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT COST PLANT | EXT |
|---|---|---|---|---|---|---|
| VALVE-BPV-GBE-BPV-N-W/SWITCH 8 | 1.0 | 630.217 | 630.22 | 59 | 296.560 | 296.56 |

REPLACEMENT ORDER
LABOR      .00   MATERIAL      630.22
                          TOTAL FAB   630.22
                          DISCOUNT    280.22-
                          SUB-TOT     350.00
                          MISC
                          FREIGHT
                          TAX          17.50
                          TOTAL       367.50



DEC. 17. 2007  4:59PM    ALLIED TUBE & CONDUIT    NO. 0947    P. 14



PAGE  1                     REMIT TO:                                          **GEM FABRICATION**
**tyco** / Electrical &    GEM FABRICATION    424 S. VAN BUREN ST
        Metal Products / Fabrication    MONROE IN 46772
                           ATLANTA GA 31192

TERMS:2%20NET30    INVOICE DATE 3/13/07    INVOICE# 42389

SHIP TO: DOVER AIR FREIGHT TERMINAL       PO# FP-2
         C/O PYRO-TECH FIRE PROTECTIO     QUOTE# 0080672
         DOVER AIR FORCE BASE             SHIP DATE 3/12/07
         DOVER, DE                        FOB SHIP POINT
                                          SALESMAN 18  01
SOLD TO: PYRO-TECH FIRE PROTECTION        CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE            SO# 003514N-4
                                          SHIP VIA: D/S
         ELKTON            MD             BOL:
                    219214809

TAX LOC DOVER              DE    JOB DOVER AIR FREIGHT TERMIN

*******************************************************************************

|  |  |  |  | G | | |
| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | R P | PLANT COST PLANT | EXT |
|---|---|---|---|---|---|---|
| 10" FIG 261 RISER CLAMP (FOR P IPE STAND) | 2.0 | 15.173 | 30.35 | 99 | 7.140 | 14.28 |
| LABOR        .00    MATERIAL | | 30.35 | | | | |
| | | TOTAL FAB | 30.35 | | | |
| | | DISCOUNT | 13.35- | | | |
| | | SUB-TOT | 17.00 | | | |
| | | MISC | | | | |
| | | FREIGHT | | | | |
| | | TAX | | | | |
| | | TOTAL | 17.00 | | | |

From: ALLIED DEC. 17. 2007 4:59PM B3299 ALLIED TUBE & CONDUIT    12/17/2007 15.12.00    NO. 0947    P. 15

PAGE 1

**tyco** / Electrical & Metal Products Distribution

REMIT TO:
GEM FABRICATION    10230 STATESVILLE BLVD
PO BOX 116268    CLEVELAND NC 27203
ATLANTA GA 31192

**GEM FABRICATION**



TERMS: 2%20NET30    INVOICE DATE 3/15/07    INVOICE# 42611

SHIP TO: DOVER AIR FREIGHT TERMINAL
C/O PYRO-TECH FIRE PROTECTIO
DOVER AIR FORCE BASE
DOVER, DE

PO# PRE FAX
QUOTE# 0081823
SHIP DATE 3/14/07
FOB SHIP POINT
SALESMAN 18  01

SOLD TO: PYRO-TECH FIRE PROTECTION
80 H TECHNOLOGY DRIVE

CUSTOMER# 24055
SO# 003938N
SHIP VIA: WDS
BOL: 9382

ELKTON    MD
219214809

TAX LOC DOVER    DE    JOB DOVER AIR FREIGHT TERMIN

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT COST PLANT | EXT |
|---|---|---|---|---|---|---|
| WELDING FAB-PIPOLET-GLV 3/4 X 1.2 | 48.0 | | | 01 | 4.369 | 209.71 |
| WELDING FAB-PIPOLET-GLV 1.2 X 3 | 12.0 | | | 01 | 9.987 | 119.84 |
| CUT FABRICATION-GLV 1.2 | 24.0 | | | 02 | .950 | 22.80 |
| CUT FABRICATION-GLV 3 | 6.0 | | | 02 | 2.988 | 17.93 |
| THREAD-TBE-FABRICATION-GLV 1.2 | 24.0 | | | 03 | .855 | 20.52 |
| MAKE ON FABRICATION-GLV 1.2 | 24.0 | | | 04 | .948 | 22.75 |
| ROLL GROOVE-GBE-FABRICATION 3 | 6.0 | | | 05 | 2.679 | 16.07 |
| TEE-GRVD-STR-GLV-DOM-FP 4 | 15.0 | 34.914 | 523.71 | 05 | 16.430 | 246.45 |
| ELBOW-GRVD-90DEG-GLV-DOM-FP 4 | 30.0 | 21.144 | 634.31 | 05 | 9.950 | 298.50 |
| ELBOW-GRVD-90DEG-GLV-DOM-FP 6 | 10.0 | 59.436 | 594.36 | 05 | 27.970 | 279.70 |
| CPLG-GRVD-FLEX-"A"GASKE-GLV- 6 PRE-LUBED | 20.0 | 24.310 | 486.20 | 05 | 11.440 | 228.80 |
| NIPPLE-STEEL-GLV-DOM 1 X 3 | 30.0 | 1.721 | 51.64 | 09 | .810 | 24.30 |
| PLUG-THRD-SQUAREHD-CI-GLV-DOM 1 | 30.0 | 1.881 | 56.42 | 10 | .885 | 26.55 |
| REDUCER-THRD-CONC-MI-GLV-DOM 2 X 1 | 12.0 | 9.384 | 112.61 | 16 | 4.416 | 52.99 |
| U/BOLT-STANDARD-BK 4 | 3.0 | 2.027 | 6.08 | 36 | .954 | 2.86 |

**GEM FABRICATION**

tyco / Electrical & / Gem
/ Metal Products / Fabrication

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT | PLANT COST EXT |
|---|---|---|---|---|---|---|
| U-BOLT-STANDARD-H/DIP GLV 4 | 21.0 | 2.848 | 59.80 | 16 | 1.340 | 28.14 |
| U-BOLT-STANDARD-H/DIP GLV 6 | 18.0 | 5.483 | 98.69 | 36 | 2.580 | 46.44 |
| VALVE-GLOBE-S/DISC-UNTD .1258 1 | 30.0 | 20.783 | 623.48 | 46 | 9.780 | 293.40 |
| PIPE-SK40-GLV-DOM-A53 FCW 1.2 | 272.0 | 4.087 | 1111.72 | 03 | 1.923 | 523.16 |
| PIPE-SK10-GLV-DOM-A135 3 | 126.0 | 8.836 | 1113.31 | 04 | 4.158 | 523.91 |
| CAP-THRD-MI-GLV-IMPORT 1.2 | 24.0 | 1.657 | 39.77 | 16 | .780 | 18.71 |
| OUTLET,WELD-ON/TOE-STEEL-DOM 3 /4 K 1.2 | 48.0 | 2.240 | 107.50 | 18 | 1.054 | 50.59 |
| OUTLET,WELD-ON/TOE-STEEL-DOM 1 .2 X 3 | 12.0 | 4.745 | 56.95 | 18 | 2.233 | 26.80 |
| S/H | | | 300.00 | | | |

| LABOR | 912.94 | MATERIAL | 5676.55 | | |
|---|---|---|---|---|---|
| | | | TOTAL FAB | 6589.49 | |
| | | | DISCOUNT | 2927.49- | |
| | | | SUB-TOT | 3662.00 | |
| | | | MISC | 300.00 | |
| | | | FREIGHT | | |
| | | | TAX | | |
| | | | TOTAL | 3962.00 | |

PAGE  1              REMIT TO:                                    **GEM FABRICATION**

**tyco** / Electrical &   GEM FABRICATION   10230 STATESVILLE BLVD
         Metal Products / Fabrication8   CLEVELAND NC 27203
                    ATLANTA GA 31192



TERMS: 2%20NET30   INVOICE DATE 3/15/07   INVOICE# 42620

SHIP TO: DOVER AIR FREIGHT TERMINAL       PO# DPV-1LEVEL3
         C/O PYRO-TECH FIRE PROTECTIO      QUOTE# 0081974
         DOVER AIR FORCE BASE              SHIP DATE 3/14/07
         DOVER, DE                         FOB SHIP POINT
                                           SALESMAN 18   01
SOLD TO: PYRO-TECH FIRE PROTECTION         CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE             SO# 003995N
                                      SHIP VIA: WDS
         ELKTON          MD                BOL: 9382
                  219214809

TAX LOC DOVER          DE    JOB DOVER AIR FREIGHT TERMIN

****************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT | PLANT COST EXT |
|---|---|---|---|---|---|---|
| WELDING FAB-PIPOLET-GLV 1.2 X 3 | 7.0 | | | 01 | 9.987 | 69.91 |
| CUT FABRICATION-GLV 3 | 4.0 | | | 02 | 2.988 | 11.95 |
| ROLL GROOVE-GBE-FABRICATION 3 | 4.0 | | | 05 | 2.679 | 10.72 |
| PIPE-SK10-GLV-DOM-A135 3 | 66.0 | .8.836 | 590.22 | 04 | 4.158 | 277.75 |
| OUTLET,WELD-ON/TOE-STEEL-DOM 1 .2 X 3 | 7.0 | 4.745 | 33.21 | 18 | 2.233 | 15.63 |

    LABOR    196.73   MATERIAL      623.43
                              TOTAL FAB    820.16
                              DISCOUNT     364.16-
                              SUB-TOT      456.00
                              MISC
                              FREIGHT
                              TAX
                              TOTAL        456.00

From: ALLIE DEC. 17. 2007 Jl 5:00PM 9833997 ALLIED TUBE & CONDUIT    12/17/2007 15:26:08 Pag NO. 0947    P. 18

PAGE  1          REMIT TO:                                              *GEM FABRICATION*

**tyco** / Electrical &    GEM FABRICATION    10230 STATESVILLE BLVD
           Metal Products / FABRICATION    CLEVELAND NC 27203
                        ATLANTA GA 31192

TERMS: 2%20NET30    INVOICE DATE  3/20/07    INVOICE#  42767

SHIP TO: DOVER AIR FREIGHT TERMINAL    PO# PRE FAX
         c/o PYRO-TECH FIRE PROTECTIO    QUOTE# 0081823
         DOVER AIR FORCE BASE            SHIP DATE 3/16/07
         DOVER, DE                       FOB SHIP POINT
                                         SALESMAN 16  01
SOLD TO: PYRO-TECH FIRE PROTECTION      CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE          SO# 003936N-1
                          SHIP VIA:
         ELKTON        MD              BOL: D/S
                       219214809

TAX LOC DOVER          DE    JOB DOVER AIR FREIGHT TERMIN

***********************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT | PLANT COST EXT |
|---|---|---|---|---|---|---|
| SPRK-UP-SR-TY-L-W/SHLD-3/4-BR 765 | 48.0 | 12.984 | 623.22 | 53 | 6.110 | 293.28 |
| LABOR     .00    MATERIAL | | 623.22 | | | | |
| | | TOTAL FAB | 623.22 | | | |
| | | DISCOUNT | 276.22- | | | |
| | | SUB-TOT | 347.00 | | | |
| | | MISC | | | | |
| | | FREIGHT | | | | |
| | | TAX | | | | |
| | | TOTAL | 347.00 | | | |



From: ALLIE DEC. 17. 2007 5:00PM 833997 ALLIED TUBE & CONDUIT        12/17/2007 15:27:27 Page NO. 0947   P. 19

PAGE 1                REMIT TO:                                        **GEM FABRICATION**
**tyco** / Electrical &    GEM FABRICATION    424 S. VAN BUREN ST
         Metal Products / Fabrications    MONROE IN 46772
                      ATLANTA GA 31192



TERMS: 2%20NET30    INVOICE DATE 3/20/07    INVOICE# 42810

SHIP TO: DOVER AIR FREIGHT TERMINAL        PO# FP-2
         C/O PYRO-TECH FIRE PROTECTIO      QUOTE# 0080672
         DOVER AIR FORCE BASE              SHIP DATE 3/19/07
         DOVER, DE                         FOB SHIP POINT
                                           SALESMAN 18  01
SOLD TO: PYRO-TECH FIRE PROTECTION         CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE             SO# 003514N-S
                                      SHIP VIA:
         ELKTON          MD                BOL: D/S
                      219214809

TAX LOC DOVER          DE    JOB DOVER AIR FREIGHT TERMIN

**++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++**

|  |  |  |  | G |  |  |
|---|---|---|---|---|---|---|
| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | R P | PLANT COST PLANT | EXT |

**++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++**

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | R P | PLANT | EXT |
|---|---|---|---|---|---|---|
| 4" GROOVED CHECK VALVE | 1.0 | 193.779 | 193.78 | 99 | 91.190 | 91.19 |
| 8" GROOVED CHECK VALVE | 1.0 | 842.159 | 842.16 | 99 | 396.310 | 396.31 |

LABOR      .00    MATERIAL      1035.94

| | |
|---|---|
| TOTAL FAB | 1035.94 |
| DISCOUNT | 459.94- |
| SUB-TOT | 576.00 |
| MISC | |
| FREIGHT | |
| TAX | |
| TOTAL | 576.00 |

From: ALLIED DEC. 17. 2007 5:00PM 833987 ALLIED TUBE & CONDUIT    12/17/2007 15:28:44    Page NO. 0947    P. 20

**GEM FABRICATION**

PAGE  1          REMIT TO:
**tyco** / Electrical &    GEM FABRICATION    424 S. VAN BUREN ST
         Metal Products   Fabrication    MONROE IN 46772
                  ATLANTA GA 31192

TERMS:2%20NET30   INVOICE DATE  4/05/07   INVOICE#  43732

SHIP TO: DOVER AIR FREIGHT TERMINAL      PO# FP-2
         C/O PYRO-TECH FIRE PROTECTIO     QUOTE# 0080672
         DOVER AIR FORCE BASE             SHIP DATE  4/02/07
         DOVER, DE                        FOB SHIP POINT
                                          SALESMAN 08  01
SOLD TO: PYRO-TECH FIRE PROTECTION        CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE            SO# 003514N-6
                                          SHIP VIA: D/S
         ELKTON          MD               BOL:
                  219214809

TAX LOC DOVER          DE    JOB DOVER AIR FREIGHT TERMIN

**************************************************************************************

|                        |        |        |        | G |         |         |
| DESCRIPTION            | QTY SHIP | CUST PRICE | EXT COST | R P | PLANT | PLANT COST EXT |
| ---------------------- | -------- | ---------- | -------- | --- | ----- | ---- |
| 8" AMES M200 BACKFLOW W/ GRV B UTTERFLIES | 1.0 | 7933.921 | 7933.92 | 99 | 3733.610 | 3733.61 |
| LABOR   .00  MATERIAL  | 7933.92 |            |          |     |       |      |
|                        |         | TOTAL FAB  | 7933.92  |     |       |      |
|                        |         | DISCOUNT   | 3524.92- |     |       |      |
|                        |         | SUB-TOT    | 4409.00  |     |       |      |
|                        |         | MISC       |          |     |       |      |
|                        |         | FREIGHT    |          |     |       |      |
|                        |         | TAX        |          |     |       |      |
|                        |         | TOTAL      | 4409.00  |     |       |      |

From: ALLIE DEC. 17. 2007 5:00PM 2833997 ALLIED TUBE & CONDUIT    12/17/2007 15:31:16 Page NO. 0947    P. 21

PAGE 1    REMIT TO:
**GEM FABRICATION**

**tyco** / Electrical &    GEM FABRICATION    10230 STATESVILLE BLVD
Metal Products / Fabrications    CLEVELAND NC 27203
ATLANTA GA 31192

TERMS:2%20NET30    INVOICE DATE 4/05/07    INVOICE# 43801

SHIP TO: DOVER AIR FREIGHT TERMINAL    PO# DPV-3
C/O PYRO-TECH FIRE PROTECTIO    QUOTE# 0082772
80 H TECHNOLOGY DRIVE    SHIP DATE 4/04/07
ELKTON, MD 21921    FOB SHIP POINT
SALESMAN 08  01
SOLD TO: PYRO-TECH FIRE PROTECTION    CUSTOMER# 24055
80 H TECHNOLOGY DRIVE    SO# 003365P
SHIP VIA: FEDEX
ELKTON    MD    BOL:
219214809

TAX LOC ELKTON    MD    JOB DOVER AIR FREIGHT TERMIN

*****************************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | O R P | PLANT COST PLANT | EXT |
|---|---|---|---|---|---|---|
| ELBOW-GRVD-90DEG-GLV-DOM-FP 6 | 2.0 | 62.156 | 124.31 | 05 | 29.250 | 58.50 |
| CPLG-GRVD-RIGID"A"GASK-GLV 2.5 PRE-LUBED | 12.0 | 8.436 | 101.24 | 05 | 3.970 | 47.64 |
| CPLG-GRVD-RIGID"A"GASK-GLV-F 6 PRE-LUBED | 50.0 | 22.716 | 1135.81 | 05 | 10.690 | 534.50 |
| CPLG-GRVD-REDUCING-GLV-DOM-FP 4 X 3 | 4.0 | 32.640 | 130.56 | 05 | 15.360 | 61.44 |

LABOR    .00    MATERIAL    1491.92
TOTAL FAB    1491.92
DISCOUNT    671.92-
SUB-TOT    820.00
MISC
FREIGHT
TAX
TOTAL    820.00





**GEM FABRICATION**

PAGE    1                    REMIT TO:

**tyco** | Electrical &    GEM FABRICATION    10210 STATESVILLE BLVD
         | Metal Products Fabrications    CLEVELAND NC 27203
                        ATLANTA GA 31192

TERMS: 2%20NET30    INVOICE DATE  4/11/07    INVOICE#  43936

SHIP TO: DOVER AIR FREIGHT TERMINAL        PO# PSE1-2
         C/O PYRO-TECH FIRE PROTECTIO      QUOTE# 0081428
         DOVER AIR FORCE BASE              SHIP DATE  4/09/07
         DOVER, DE                         FOB SHIP POINT
                                           SALESMAN 08  01
SOLD TO: PYRO-TECH FIRE PROTECTION         CUSTOMER# 24055
         60 H TECHNOLOGY DRIVE             SO# 003790N-1
                                        SHIP VIA:
         ELKTON          MD                BOL: D/S
                   219214809

TAX LOC DOVER          DE    JOB DOVER AIR FREIGHT TERMIN

*********************************************************************

|  |  |  |  | G |  |  |
| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | R P | PLANT | PLANT COST EXT |
|---|---|---|---|---|---|---|
| 8" GROOVED CHECK VALVE VICTAUL | 1.0 | 842.159 | 842.16 | 99 | 396.310 | 396.31 |
| TC |  |  |  |  |  |  |
| LABOR    .00    MATERIAL | 842.16 |  |  |  |  |  |
|  | TOTAL FAB | 842.16 |  |  |  |  |
|  | DISCOUNT | 374.16- |  |  |  |  |
|  | SUB-TOT | 468.00 |  |  |  |  |
|  | MISC |  |  |  |  |  |
|  | FREIGHT |  |  |  |  |  |
|  | TAX |  |  |  |  |  |
|  | TOTAL | 468.00 |  |  |  |  |



From: ALLIE DEC. 17. 2007 5:01PM 833997 ALLIED TUBE & CONDUIT    12/17/2007 15:31:16  Page NO. 0947   P. 23

**GEM FABRICATION**

PAGE   1

**tyco** / Electrical &
Metal Products /

REMIT TO:
GEM FABRICATION
Fabrication      10230 STATESVILLE BLVD
ATLANTA GA 31192   CLEVELAND NC 27203

TERMS: 2%20NET30   INVOICE DATE  4/13/07   INVOICE#  41084

SHIP TO: DOVER AIR FREIGHT TERMINAL
         C/O PYRO-TECH FIRE PROTECTIO
         DOVER AIR FORCE BASE
         DOVER, DE

PO# PRE FAX
QUOTE# 0081823
SHIP DATE 4/11/07
FOB SHIP POINT
SALESMAN 08   07

SOLD TO: PYRO-TECH FIRE PROTECTION
         80 H TECHNOLOGY DRIVE

         ELKTON          MD
                219214809

CUSTOMER# 24055
80# 003938N-2
SHIP VIA:
BOL: D/S

TAK LOC DOVER         DE    JOB DOVER AIR FREIGHT TERMIN

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT COST PLANT | EXT |
|---|---|---|---|---|---|---|
| 2-1/2" GALV GROOVED CAP WITH 1 " TAP | 12.0 | 20.719 | 248.63 | 99 | 9.750 | 117.00 |
| 4" GALV GROOVED CAP WITH 1" TAP | 6.0 | 31.769 | 190.61 | 99 | 14.950 | 89.70 |
| LABOR          .00   MATERIAL | | 439.24 | | | | |

TOTAL FAB    439 24
DISCOUNT     194 24-
SUB-TOT      245 00
MISC
FREIGHT
TAX
TOTAL        245 00



From: ALLIED    DEC. 17. 2007ᴴ  5:01PM⁸³³⁸⁹⁷/ALLIED TUBE & CONDUIT                  NO. 0947   P. 24

PAGE   1                     REMIT TO:                                      **GEM FABRICATION**
**tyco** / Electrical &    GEM FABRICATION    10230 STATESVILLE BLVD
       Metal Products    Fabrications⁸    CLEVELAND NC 27203
                         ATLANTA GA 31192

TERMS:2%20NET30    INVOICE DATE 4/18/07    INVOICE# 44299

SHIP TO: DOVER AIR FREIGHT TERMINAL       FOB DAFT
         C/O PYRO-TECH FIRE PROTECTIO     QUOTE# 0082907
         ONE WALSH WAY, ATLANTIC-DOVE     SHIP DATE 4/17/07
         DOVER, DE 19902                  FOB SHIP POINT
                                          SALESMAN 08  01
SOLD TO: PYRO-TECH FIRE PROTECTION        CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE            SO# 003521P
                                     SHIP VIA: WDS
         ELKTON          MD              BOL: 9423
                         219214009

TAX LOC DOVER        DE    JOB DOVER AIR FREIGHT TERMIN

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | C R P | PLANT | PLANT COST EXT |
|---|---|---|---|---|---|---|
| WELDING FABRICATION-PIPOLET-BK 1.5 X 1.5 | 14.0 | | | 01 | 14.635 | 204.89 |
| THREAD-TOE-FABRICATION-BK 2 | 7.0 | | | 03 | .843 | 5.90 |
| CUT FABRICATION-BK 2 | 7.0 | | | 12 | .826 | 5.78 |
| MAKE ON FABRICATION-BK 2 | 7.0 | | | 24 | .862 | 6.03 |
| FLANGE-GROOVED-BK-DOM-FP 4 | 2.0 | 41.778 | 83.56 | 05 | 19.660 | 39.32 |
| FLANGE-GROOVED-BK-DOM-FP 6 | 6.0 | 51.808 | 310.85 | 05 | 24.380 | 146.28 |
| FLANGE-GROOVED-BK-DOM-FP 8 | 1.0 | 68.553 | 68.55 | 05 | 32.260 | 32.26 |
| FLANGE-GRVD-GLV-DOM-FP 6 | 1.0 | 67.001 | 67.00 | 05 | 31.530 | 31.53 |
| TEE-GRVD-STR-BK-DOM-FP 8 | 7.0 | 143.480 | 1004.36 | 05 | 67.520 | 472.64 |
| ELBOW-GRVD-90DEG-BK-DOM-FP 4 P SI 175 | 20.0 | 14.068 | 281.35 | 05 | 6.620 | 132.40 |
| ELBOW-GRVD-90DEG-BK-DOM-FP 8 | 4.0 | 79.603 | 318.41 | 05 | 37.460 | 149.84 |
| ELBOW-GRVD-90DEG-GLV-DOM-FP 4 | 10.0 | 22.100 | 221.00 | 05 | 10.400 | 104.00 |
| ELBOW-GRVD-90DEG-GLV-DOM-FP 6 | 13.0 | 62.156 | 808.03 | 05 | 29.250 | 380.25 |
| CPLG-GRVD-RIG"A"GASK-BK-DOM- 4 PRE-LUBED | 100.0 | 9.244 | 924.38 | 05 | 4.350 | 435.00 |
| CPLG-GRVD-RIGID"A"GASK-GLV 2.5 PRE-LUBED | 20.0 | 8.436 | 168.73 | 05 | 3.970 | 79.40 |

**GEM FABRICATION**

**tyco** | Electrical & | **Gem**
Metal Products | **Fabrication**

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | GRP | PLANT COST PLANT | EXT |
|---|---|---|---|---|---|---|
| CPLG-GRVD-RIGID"A"GASK-GLV-F 4 PRE-LUBED | 40.0 | 13.026 | 521.05 | 05 | 6.130 | 245.20 |
| CAP-GRVD-BK-DOM-FP 8 | 2.0 | 32.470 | 64.94 | 05 | 15.280 | 30.56 |
| CPLG-GRVD-FLEX-"A"GASKET-BK- 4 PRE-LUBED | 2.0 | 10.923 | 21.85 | 05 | 5.140 | 10.28 |
| CPLG-GRVD-FLEX-"A"GASKET-BK- 8 PRE-LUBED | 26.0 | 29.835 | 775.71 | 05 | 14.040 | 365.04 |
| CPLG-GRVD-REDUCING-BK-DOM-FP 6 X 4 | 2.0 | 41.693 | 83.39 | 05 | 19.620 | 39.24 |
| CPLG-GRVD-REDUCING-BK-DOM-FP 8 X 6 | 5.0 | 63.368 | 316.84 | 05 | 29.820 | 149.10 |
| REDUCER-GRVD-CONC-BK-DOM-MECH 8 X 4 | 2.0 | 88.294 | 176.59 | 08 | 41.550 | 83.10 |
| ROD-ALL THREAD-PLTD 3/8 X 144 | 75.0 | 4.220 | 316.52 | 32 | 1.986 | 148.95 |
| ROD-ALL THREAD-PLTD 1/2 X 72 | 20.0 | 3.997 | 79.94 | 32 | 1.881 | 37.62 |
| U-BOLT-STANDARD-H/DIP GLV 6 | 6.0 | 5.483 | 32.90 | 36 | 2.580 | 15.48 |
| PACK-NUTS/BOLTS/GASKET 4 | 2.0 | 10.563 | 21.17 | 41 | 4.980 | 9.96 |
| PACK-NUTS/BOLTS/GASKET 6 | 11.0 | 14.153 | 155.68 | 41 | 6.660 | 73.26 |
| PACK-NUTS/BOLTS/GASKET 8 | 1.0 | 15.250 | 15.26 | 41 | 7.180 | 7.18 |
| PACK-NUTS/BOLTS/GASKET 10 | 1.0 | 38.463 | 38.46 | 41 | 18.100 | 18.10 |
| VALVE-UNGRND-FLG-MUELR-P2360-6 4 | 2.0 | 333.030 | 666.06 | 46 | 156.720 | 313.44 |
| VALVE-UNGRND-FLG-MUELR-P2360-6 6 | 2.0 | 515.249 | 1030.50 | 46 | 242.470 | 484.94 |
| INDICATOR POST-WALL-F753 | 5.0 | 422.046 | 2110.23 | 46 | 198.610 | 993.05 |
| VALVE-DRY PIPE-FLG X GRV DPV-1 4 | 1.0 | 1442.663 | 1442.66 | 52 | 678.900 | 678.90 |
| TRIM-GLV-DPV-1 4 | 1.0 | 554.944 | 554.94 | 52 | 261.150 | 261.15 |
| TRIM-GLV-DPV-1 6 | 4.0 | 554.944 | 2219.78 | 52 | 261.150 | 1044.60 |
| AIR MAINT DEVICE-GLV-AMD-2 | 1.0 | 622.200 | 622.20 | 52 | 292.800 | 292.80 |
| SWITCH-WF PRESSURE-PS10-2 | 6.0 | 87.132 | 522.79 | 54 | 41.000 | 246.00 |
| SWITCH-WF PRESSURE-PS40-2 | 6.0 | 87.132 | 522.79 | 54 | 41.000 | 246.00 |
| SWITCH-POST IND/BUTTERFLY-DPDT | 2.0 | 70.131 | 140.26 | 54 | 33.000 | 66.00 |
| VALVE-RISER-SHOTGUN-CK-CV-1FR 4 | 1.0 | 250.166 | 250.16 | 59 | 117.720 | 117.72 |

From: ALLIED DEC. 17. 2007 5:02PM 333987 ALLIED TUBE & CONDUIT    12/17/2007 15:33:55  Page NO. 0947   P. 26

**tyco** / Electrical & / **Gem**
Metal Products / **Fabrication**

**GEM FABRICATION**

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | GRP | PLANT COST PLANT | EXT |
|---|---|---|---|---|---|---|
| TRIM-RISER SHOTGUN CK VLV GLV | 1.0 | 169.558 | 169.56 | 59 | 79.789 | 79.79 |
| BK-NUT-HEAVY-HEX 3/8 | 100.0 | .075 | 7.52 | 62 | .035 | 3.54 |
| WASHER-STD-ROUND-BK 3/8 | 100.0 | .030 | 2.98 | 62 | .014 | 1.40 |
| PIPE-SK40-BK-DOM-EXT,A135A 2 | 5.0 | 3.687 | 18.40 | 04 | 1.732 | 8.66 |
| PIPE-SK10-BK-DOM-A135 6 | 21.0 | 10.576 | 222.11 | 04 | 4.977 | 104.52 |
| PIPE-SK10-BK-DOM-A135 8 | 42.0 | 20.658 | 867.66 | 04 | 9.722 | 408.31 |
| FLANGE-FLOOR-BK-DOM 2 | 7.0 | 9.028 | 63.20 | 19 | 4.249 | 29.74 |
| ROD-ALL THREAD-BK 1.5 X 12 | 7.0 | 9.903 | 69.32 | 32 | 4.660 | 32.62 |
| CLAMP-RISER-BK 8 | 7.0 | 11.041 | 77.29 | 16 | 5.196 | 36.37 |
| BK-NUT-HEAVY-HEX 1.5 | 7.0 | 2.279 | 15.96 | 62 | 1.072 | 7.51 |

S/H

| LABOR | 471.02 | MATERIAL | 18472.89 | | 200.00 | |
|---|---|---|---|---|---|---|
| | | TOTAL FAB | 18945.91 | | | |
| | | DISCOUNT | 8534.91- | | | |
| | | SUB-TOT | 10411.00 | | | |
| | | MISC | 200.00 | | | |
| | | FREIGHT | | | | |
| | | TAX | | | | |
| | | TOTAL | 10611.00 | | | |

from: ALLIED DEC. 17. 2007  5:02PM 338971 ALLIED TUBE & CONDUIT        12/17/2007 15:40:04  Page  NO. 0947   P. 27

PAGE  1        REMIT TO:                                    **GEM FABRICATION**
**tyco** / Electrical &    GEM FABRICATION    10230 STATESVILLE BLVD
          Metal Products / Fabrication 568    CLEVELAND NC 27203
                         ATLANTA GA 31192



TERMS: 2%20NET10    INVOICE DATE  4/20/07   INVOICE#  44469

SHIP TO: DOVER AIR FREIGHT TERMINAL        PO# DAFT
         C/O PYRO-TECH FIRE PROTECTIO      QUOTE# 0082907
         ONE WALSH WAY, ATLANTIC-DOVE      SHIP DATE 4/19/07
         DOVER, DE 19902                   FOB SHIP POINT
                                           SALESMAN 08  01
SOLD TO: PYRO-TECH FIRE PROTECTION         CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE             SO# 003521P-1
                                           SHIP VIA: YELLOW
         ELKTON          MD                BOL: 10197
                       219214809

TAX LOC DOVER         DE    JOB DOVER AIR FREIGHT TERMIN

*********************************************************************

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT | PLANT COST EXT |
|---|---|---|---|---|---|---|
| VALVE-UNGRND-FLG-MUELR-P2360-6 6 | 3.0 | 515.249 | 1545.75 | 46 | 242.470 | 727.41 |
| TRIM-GLV-DPV-1 6 | 1.0 | 554.944 | 554.94 | 52 | 261.150 | 261.15 |
| AIR MAINT DEVICE-GLV-AMD-2 | 5.0 | 622.200 | 3111.00 | 52 | 292.800 | 1464.00 |
| SWITCH-POST IND/BUTTERFLY-DFDT | 11.0 | 70.131 | 771.44 | 54 | 33.000 | 363.00 |

LABOR     .00   MATERIAL    5983.13
                      TOTAL FAB    5983.13
                      DISCOUNT     2695.13-
                      SUB-TOT      3288.00
                      MISC
                      FREIGHT
                      TAX
                      TOTAL        3288.00

From: ALLIED DEC. 17. 2007 5:02PM 835987 ALLIED TUBE & CONDUIT   12/17/2007 15:37:14 Page NO. 0947   P. 28

PAGE 1          REMIT TO:                              **GEM FABRICATION**

**tyco** | Electrical &   GEM FABRICATION   10230 STATESVILLE BLVD
        | Metal Products  [Fabrication]8   CLEVELAND NC 27203
                          ATLANTA GA 31192

TERMS: 2%20NET30   INVOICE DATE 4/25/07   INVOICE# 44734

SHIP TO: DOVER AIR FREIGHT TERMINAL      PO# DAFT
         C/O PYRO-TECH FIRE PROTECTIO     QUOTE# 0082907
         ONE WALSH WAY, ATLANTIC-DOVE     SHIP DATE 4/24/07
         DOVER, DE 19902                  FOB SHIP POINT
                                          SALESMAN 08  01
SOLD TO: PYRO-TECH FIRE PROTECTION        CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE            SO# 003521P-2
                                    SHIP VIA:
         ELKTON          MD               BOL: D/S
                     219214809

TAX LOC DOVER         DE    JOB DOVER AIR FREIGHT TERMIN

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT PLANT COST EXT |
|---|---|---|---|---|---|
| SPRK-UP-TY-L-3/4-MALE-BRASS 16 S | 50.0 | 11.921 | 596.06 | 53 | 5.610 280.50 |
| SPRK-UP-SR-TY-L-W/SHLD-3/4-BR 165 | 50.0 | 13.791 | 689.56 | 53 | 6.490 324.50 |
| 10 X 8 #350 GROOVED CONC REDUCER | 1.0 | 233.516 | 233.52 | 99 | 109.890 109.89 |
| 10" #71 GROOVED FLANGE | 1.0 | 121.550 | 121.55 | 99 | 57.200 57.20 |

LABOR      .00    MATERIAL      1640.69
                               TOTAL FAB    1640.69
                               DISCOUNT      738.69-
                               SUB-TOT       902.00
                               MISC
                               FREIGHT
                               TAX
                               TOTAL         902.00



om: ALLIED DEC. 17. 2007  5:02PM 338971 ALLIED TUBE & CONDUIT     12/17/2007 13:37:14 Page     NO. 0947   P. 29

**GEM FABRICATION**



AGE 1
**tyco** / Electrical & Metal Products

REMIT TO:
GEM FABRICATION     18230 STATESVILLE BLVD
FABRICATION B       CLEVELAND NC 27203
ATLANTA GA 31192

---

TERMS: 2%20NET30   INVOICE DATE 5/18/07   INVOICE# 46102

SHIP TO: DOVER AIR FREIGHT TERMINAL      PO# DAFT
         C/O PYRO-TECH FIRE PROTECTIO     QUOTE# 0082907
         ONE WALSH WAY, ATLANTIC-DOVE     SHIP DATE 5/17/07
         DOVER, DE 19902                  FOB SHIP POINT
                                          SALESMAN 08  01
SOLD TO: PYRO-TECH FIRE PROTECTION        CUSTOMER# 24055
         80 H TECHNOLOGY DRIVE            SO# 003521P-3

         ELKTON          MD               SHIP VIA:
                  219214809                    BOL: DIRECT SHIP

TAX LOC DOVER         DE    JOB DOVER AIR FREIGHT TERMIN

---

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT COST PLANT | EXT |
|---|---|---|---|---|---|---|
| VALVE-DRY PIPE-FLG X FLG-DPV-1 6 | 1.0 | 1856.748 | 1856.75 | 52 | 861.600 | 861.60 |
| VALVE-DRY PIPE-FLG X GRV-DPV-1 6 | 4.0 | 1856.748 | 7426.99 | 52 | 861.600 | 3446.40 |
| L2000-500-B AIR COMP BASE MT 3 PHASE | 3.0 | 2566.648 | 7699.94 | 99 | 1191.020 | 3573.06 |
| L1600-300-B AIR COMP BASE MT 3 PHASE | 2.0 | 2446.119 | 4892.24 | 99 | 1135.090 | 2270.18 |
| L2500-500-B AIR COMP BASE MT 3 PHASE | 1.0 | 2655.542 | 2655.54 | 99 | 1232.270 | 1232.27 |

LABOR       .00    MATERIAL    24531.46

              TOTAL FAB    24531.46
              DISCOUNT     11515.46-
              SUB-TOT      13016.00
              MISC
              FREIGHT
              TAX
              TOTAL        13016.00

om: ALLIED DEC. 17. 2007  5:03PM 3997/8 ALLIED TUBE & CONDUIT                    NO. 0947  P. 30

**GEM FABRICATION**

AGE  1
**tyco** | Electrical &
         | Metal Products

REMIT TO:
GEM FABRICATION          10230 STATESVILLE BLVD
GEM FABRICATION          CLEVELAND NC 27203
ATLANTA GA 31192

TERMS: 2%20NET30   INVOICE DATE  7/12/07   INVOICE#  49230

SHIP TO: DOVER AIR FORCE BASE
         C/O PYRO-TECH FIRE PROTECTIO
         80 H TECHNOLOGY DRIVE
         ELKTON, MD 21921

PO# VERBAL
QUOTE# 0006147
SHIP DATE  7/11/07
FOB SHIP POINT
SALESMAN 08  01
CUSTOMER# 24055
SO# 003514R
SHIP VIA: FEDEX
BOL:

SOLD TO: PYRO-TECH FIRE PROTECTION
         80 H TECHNOLOGY DRIVE

         ELKTON        MD
                       219214909

TAX LOC ELKTON           MD        JOB DOVER AIR FORCE BASE

| DESCRIPTION | QTY SHIP | CUST PRICE | EXT COST | G R P | PLANT COST PLANT | EXT |
|---|---|---|---|---|---|---|
| NEXT DAY AIR CHARGES | 1.0 | | | 98 | | |
| U-BOLT-STANDARD-H/DIP GLV 4 | 1.0 | 2.888 | 2 89 | 36 | 1.340 | 1.34 |
| LABOR  .00  MATERIAL | 2.89 | | | | | |

TOTAL FAB    2.89
DISCOUNT      .89-
SUB-TOT      2.00
MISC
FREIGHT     17.21
TAX
TOTAL       19.21

# EXHIBIT "C"

LAW OFFICES

### GERALD J. O'BRIEN, P.A.

SUITE 340

9055 COMPRINT COURT

GAITHERSBURG, MARYLAND 20877-1310

(301) 208-9114

GERALD J. O'BRIEN*
*MEMBER MD & VA BARS

FACSIMILE
(301) 208-0362

August 10, 2007

**BY FEDERAL EXPRESS**

Walsh Construction Company
929 West Adams Street
Chicago, Illinois 60607

      RE:    Air Freight Terminal
              Dover Air Force Base, DE
              U.S. Army Corps of Engineers

Dear Sirs:

      I am writing on behalf of Gem Fabrication, a division of Allied Tube & Conduit Corporation, which has furnished to Pyro-Tech Fire Protection a complete package of materials for a sprinkler system, including but not limited to pipe, connectors, valves, gaskets, rods, hangers, clamps, and related materials for the above referenced project.

      The amount due and unpaid for said materials and services is $50,097.31.

      This letter is intended to provide notice of a claim under the Miller Act, and against any and all payment bonds, and is not a waiver of any other remedy. If you have a payment bond from Pyro-Tech Fire Protection, please advise of its existence and provide a copy.

                  Sincerely,

                  Gerald J. O'Brien

GJO:sfj
cc: NCS
    Pyro-Tech Fire Protection (by mail)

FedEx | Ship Manager | Label                                         Page 1 of 1

From:    Origin ID: EDGA   (301)208-9114
Gerald O'Brien
LAW OFFICE OF GERALD O'BRIEN
9055 COMPRINT COURT
SUITE 340
GAITHERSBURG, MD 20877



FedEx
Express

E
CLS03 2907/21/23

Ship Date: 10AUG07
ActWgt: 1 LB
System#: 1952095/INET7061
Account#: S *********

Delivery Address Bar Code



SHIP TO:   (312)563-5400          BILL SENDER
**Walsh Construction Company**

**929 West Adams Street**

**Chicago, IL 60607**

Ref #     NCS/Gem Fab. 2400-20
Invoice #
PO #
Dept #



TRK#
0201    7908 0340 7699

**MON - 13AUG          A1**
**PRIORITY OVERNIGHT**

**ORD**
**IL-US**
**60607**

# NY-GYYA



Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# EXHIBIT "D"



Close Window

Track Shipments/FedEx Kinko's Orders
## Detailed Results

 Print

| | | | |
|---|---|---|---|
| **Tracking number** | 790803407699 | **Reference** | NCS/GEM FAB. 2400-20 |
| **Signed for by** | R.KORKUS | | CHICAGO, IL |
| **Ship date** | Aug 10, 2007 | **Destination** | |
| **Delivery date** | Aug 13, 2007 9:12 AM | **Service type** | Priority Overnight |

**Status**              Delivered

**Signature image available**    Yes

**Signature Proof of Delivery**
Click **Request copy of signature** to view delivery information for
this shipment.



Request copy of signature

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Aug 13, 2007** | 9:12 AM | Delivered | CHICAGO, IL | |

Track more shipments/orders

E-mail your detailed tracking results (optional)

Enter your name and e-mail address, submit up to three e-mail addresses, add your message
(optional), and click **Submit**. If you include a message, you must enter your name and e-mail
address in the fields provided.

Add personal message:

**Your Name:**

**Your E-mail Address:**

**To E-mail Address(es):**

Not available for non-English
characters

By selecting this check box and the Submit button, I agree to
these Terms and Conditions

Submit

Close Window

⊶JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS UNITED STATES OF AMERICA, for the use and benefit of GEM FABRICATION, a division of ALLIED TUBE & CONDUIT CORPORATION | DEFENDANTS PYRO-TECH, L.L.C., THE WALSH GROUP, LTD and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA |
|---|---|
| **(b)** County of Residence of First Listed Plaintiff ___Cook___ <br> (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant ___Cecil___ <br> (IN U.S. PLAINTIFF CASES ONLY) <br> NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE <br> LAND INVOLVED. |
| **(c)** Attorney's (Firm Name, Address, and Telephone Number) <br> Theodore J. Tacconelli, Ferry, Joseph & Pearce <br> 824 Market St., P.O. Box 1351, Wilm. DE 19899 <br> 302-575-1555 | Attorneys (If Known) |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government <br> Plaintiff | ☒ 3  Federal Question <br> (U.S. Government Not a Party) |
| ☐ 2  U.S. Government <br> Defendant | ☐ 4  Diversity <br> (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place <br> of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place <br> of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a <br> Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☒ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | Appeal to District |
|---|---|---|---|---|---|
| ☒ 1 Original <br> Proceeding | ☐ 2 Removed from <br> State Court | ☐ 3 Remanded from <br> Appellate Court | ☐ 4 Reinstated or <br> Reopened | ☐ 5 Transferred from <br> another district <br> (specify) | ☐ 6 Multidistrict <br> Litigation | ☐ 7 Judge from <br> Magistrate <br> Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**)
40 U.S.C. 3131
Brief description of cause:
Miller Act Action On Payment Bond

| VII. REQUESTED IN <br> COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION <br> UNDER F.R.C.P. 23 | DEMAND $ 50,097.31 | CHECK YES only if demanded in complaint: <br> JURY DEMAND: ☐ Yes ☒ No |
|---|---|---|---|

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 1/24/08 | *[signature]* |

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

_1/24/08_
(Date forms issued)

_____
(Signature of Party or their Representative)

_Theodore Taccarelli_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action