AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, for the use and benefit of GEM FABRICATION, a division of ALLIED TUBE & CONDUIT CORPORATION, a Delaware corporation,

    Plaintiff,

v.

PYRO-TECH, L.L.C., a foreign limited liability company t/a PYRO-TECH FIRE PROTECTION, THE WALSH GROUP LTD, a foreign corporation d/b/a Walsh CONSTRUCTION COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

    Defendants.

C.A. No. 08-49

## SUMMONS IN A CIVIL ACTION

TO:    The Walsh Group Ltd
        c/o Delaware Secretary of State
        401 Federal Street
        Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

Theodore J. Tacconelli, Esquire (#2678)
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
(302) 575-1555

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

(By) DEPUTY CLERK

JAN 29 2008
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the summons & complaint was made by me[(1)] | 1/30/2008 @ 9:15 a.m. |
| NAME OF SERVER (PRINT)<br>Timothy C. Bennett | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving **Joanne Downs, government employee, c/o Secretary of State, Duke of York Street @ Federal Lane, Dover, DE 19901**

**45, F, W, 5'5", 150 pounds, brown hair, glasses**

[ ] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/5/2008
             Date

*Timothy C. Bennett* (signature)

Timothy C. Bennett

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE  19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.