IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of GEM FABRICATION, a division of ALLIED TUBE & CONDUIT CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PYRO-TECH, L.L.C., a foreign limited liability company t/a PYRO-TECH FIRE PROTECTION, THE WALSH GROUP LTD, a foreign corporation d/b/a WALSH CONSTRUCTION COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) )    C. A. No. 08-49 SLR ) ) ) ) ) ) ) ) ) ) |

**AFFIDAVIT OF MAILING**

STATE OF DELAWARE      :
                       : SS.
NEW CASTLE COUNTY      :

Theodore J. Tacconelli, Esquire, being duly sworn according to law, did depose and say as follows:

1.   He is the attorney for the Plaintiff in the above-captioned action and Defendants, Pyro-Tech, L.L.C. and The Walsh Group Ltd., upon information and belief, are non-residents of the State of Delaware.

2.   That suit was commenced in this Court on January 24, 2008 and service of process was made on Defendants, Pyro-Tech, L.L.C. and The Walsh Group Ltd., by serving the Secretary of State of Delaware on January 30, 2008.

3. Thereafter on February 12, 2008, your affiant caused to be sent by registered mail, return receipt requested, a copies of the Original Summons and Complaint and the letters required by 10 Del. C. §3104 to Defendants, Pyro-Tech, L.L.C. and The Walsh Group Ltd. at the addresses of their respective registered agents.

4. The return receipt forms were returned to your affiant on March 11, 2008 for Defendant Pyro-Tech, L.L.C. and on March 24, 2008 for Defendant The Walsh Group Ltd. The receipts given by the Post Office at the time of mailing and the return receipts are attached hereto as Exhibit "A".

5. Defendants Pyro-Tech, L.L.C. and The Walsh Group Ltd accepted the notice required by statute.

THEODORE J. TACCONELLI, ESQ.

SWORN TO AND SUBSCRIBED before me this 25th day of March 2008.

Notary Public

DIANE R. SACCONEY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 23, 2008

**EXHIBIT "A"**



**Registered No.** RA 122 300 225 US

| | |
|---|---|
| Reg. Fee | $9.50 |
| Handling Charge | $0.00 |
| Return Receipt | $2.15 |
| Postage | $2.50 |
| Restricted Delivery | $0.00 |
| Received by | |
| Customer Must Declare Full Value $ | $0.00 |

Date Stamp: 02/12/08

FROM: Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
P.O. Box 1351
Wilmington, DE 19899

TO: Pyro-Tech, L.L.C.
C/O Dennis S. Clower
226 East Main Street
Elkton, MD 21921

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**Registered No.** RA 122 300 217 US

| | |
|---|---|
| Reg. Fee | $9.50 |
| Handling Charge | $0.00 |
| Return Receipt | $2.15 |
| Postage | $2.50 |
| Restricted Delivery | $0.00 |
| Received by | |
| Customer Must Declare Full Value $ | $0.00 |

Date Stamp: 02/12/08

FROM: Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
P.O. Box 1351
Wilmington, DE 19899

TO: The Walsh Group Ltd.
c/o Matthew Walsh
929 West Adams Street
Chicago, IL 60607

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Pyro-Tech, L.L.C..
   c/o Dennis S. Clower
   226 East Main Street
   Elkton, MD 21921

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *A. Winbowski*  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): *A. WINONSKI*    C. Date of Delivery: 2/15/08

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): RA 122 300 225 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Walsh Group Ltd.
   c/o Matthew Walsh
   929 West Adams Street
   Chicago, IL 60607

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ruth A. Korkus*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): *RUTH A KORKUS*   C. Date of Delivery: 2-19-08

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): RA 122 300 217 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540