IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of GEM FABRICATION, a division of ALLIED TUBE & CONDUIT CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PYRO-TECH, L.L.C., a foreign limited liability company t/a PYRO-TECH FIRE PROTECTION, THE WALSH GROUP LTD, a foreign corporation d/b/a WALSH CONSTRUCTION COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 08-49 SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

The Plaintiff, by and through its undersigned counsel, hereby dismisses the above-captioned action against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

　　　　　　　　　　　　　　　　　　　　　FERRY, JOSEPH & PEARCE, P.A.


　　　　　　　　　　　　　　　　　　　　　/s/ Theodore J. Tacconelli
　　　　　　　　　　　　　　　　　　　　　Theodore J. Tacconelli(No. 2678)
　　　　　　　　　　　　　　　　　　　　　824 Market Street
　　　　　　　　　　　　　　　　　　　　　Suite 904
　　　　　　　　　　　　　　　　　　　　　P.O. Box 1351
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　(302) 575-1555
Dated: May 7, 2008　　　　　　　　　　　Attorney for Plaintiff